UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GETRONICSWANG CO., LLC,

        Plaintiff,

v.

HYNIX SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS CO., LTD.

        Defendants.

Civil Action No. 04-12382 (RCL)

### NOTICE OF APPEARANCE

Please enter the appearance of Gordon M. Jones, III as counsel for Defendant Hynix Semiconductor, Inc. in the above-captioned action.

/s/ Gordon M. Jones, III
Gordon M. Jones, III (BBO# 549016)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated:  March 18, 2005

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served upon all counsel of record by first class mail on March 18, 2005.

/s/ Gordon M. Jones, III
Gordon M. Jones, III

BOS1453665