UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. and<br>SAMSUNG ELECTRONICS CO., LTD.<br><br>　　　　　　Defendants. | Civil Action No. 04-12382 (RCL) |

## NOTICE OF APPEARANCE

　　Please enter the appearance of Robert P. Sherman as counsel for Defendant Hynix Semiconductor, Inc. in the above-captioned action.

　　　　　　　　　　　　　　　　　　/s/ Robert P. Sherman
　　　　　　　　　　　　　　　　　　Robert P. Sherman (BBO# 458540)
　　　　　　　　　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 345-1000

Dated:  March 18, 2005

## CERTIFICATE OF SERVICE

　　I certify that a true copy of the foregoing document was served upon all counsel of record by first class mail on March 18, 2005.

　　　　　　　　　　　　　　　　　　/s/ Robert P. Sherman
　　　　　　　　　　　　　　　　　　Robert P. Sherman

BOS1453665