UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. and<br>SAMSUNG ELECTRONICS CO., LTD.<br><br>        Defendants. | Civil Action No. 04-12382 (RCL) |

**ASSENTED-TO MOTION TO EXTEND TIME**

    Defendant Hynix Semiconductor, Inc. ("Hynix") hereby moves for an extension of the time within which it may answer or otherwise respond to plaintiff GetronicsWang Co., LLC's ("Getronics") Complaint to April 1, 2005. Counsel for Getronics has assented to the allowance of this motion.

    Wherefore, Hynix asks that its motion to extend time be allowed.

                                                           HYNIX SEMICONDUCTOR, INC

                                                           By its attorneys,

                                                           /s/ Gordon M. Jones, III
                                                            Robert P. Sherman (BBO# 458540)
                                                            Gordon M. Jones, III (BBO #549016)
                                                            NIXON PEABODY LLP
                                                            100 Summer Street
                                                           Boston, Massachusetts 02110-2131
                                                           (617) 345-1000

Dated: March 18, 2005

BOS1475568.1

- 2 -

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing document was served upon all counsel of record by first class mail on March 18, 2005.

                                  /s/ Gordon M. Jones, III
                                  Gordon M. Jones, III