UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC.,<br>SAMSUNG ELECTRONICS CO.,<br>LTD.,<br><br>Defendants. | CIVIL ACTION NO. 04-12382 (RCL) |

### PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE (ASSENTED TO)

Plaintiff, GetronicsWang Co., LLC ("Getronics"), hereby respectfully moves this Court, pursuant to Local Rule 83.5.3 (b) of the United States District Court for the District of Massachusetts to admit Michael C. Harvell and James P. Harris pro hac vice, and in support states as follows:

1. Getronics retained Michael C. Harvell and James P. Harris, attorneys with the firm of Sheehan Phinney Bass + Green, P.A., in Manchester, New Hampshire to represent it in this case. Attorneys Harvell and Harris are members of the bar in good standing in the State of New Hampshire.

2. The undersigned, an attorney with the firm of Sheehan Phinney Bass + Green, P.A., in Boston, Massachusetts has agreed to act as local counsel in this case, has filed an appearance and intends to appear at all conferences and hearings.

3.  In support of this motion, the Affidavit of Michael C. Harvell and the Affidavit of James P. Harris are submitted herewith.

4.  Counsel for the defendants Hynix Semiconductor, Inc. and Samsung Electronics Co., Ltd. has assented to this motion.

WHEREFORE, Getronics respectfully requests that this Court admit Michael C. Harvell and James P. Harris on a pro hac vice basis.

Respectfully submitted,<br>
GETRONICS WANG CO., LLC<br>
By Its Attorneys,<br>
SHEEHAN PHINNEY BASS + GREEN, P.A.

Dated: March 31, 2005

*Maria E. Recalde*
Maria E. Recalde, BBO #552831
260 Franklin Street, Suite 1901
Boston, MA 02110
(617) 897-5620

### CERTIFICATE OF SERVICE

I, Maria E. Recalde, hereby certify that the foregoing was served on Robert P. Sherman, Esq. and Gordon M. Jones, III, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, by mailing a copy of same, first class, postage prepaid, this 31st day of March, 2005.

*Maria E. Recalde*
Maria E. Recalde