UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC.,<br>SAMSUNG ELECTRONICS CO.,<br>LTD.<br><br>Defendants | CIVIL ACTION NO. 04-12382(RCL) |

## AFFIDAVIT OF MICHAEL C. HARVELL

I, Michael C. Harvell, on oath depose and say as follows:

1. I am an attorney practicing law in the State of New Hampshire with the law firm of Sheehan Phinney Bass + Green, P.A., 1000 Elm Street, P.O. Box 3701, Manchester, NH 03105-3701.

2. I have been admitted to practice before the courts of the State of New Hampshire since 1975, and before the United States Supreme Court since 1986. I remain a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. If admitted pro hac vice, I shall immediately become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. Plaintiff has requested that I represent it in this matter and I am fully familiar with the facts and events surrounding this litigation.

6.  If admitted pro hac vice, I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

7.  I respectfully submit that there is good cause for my admission pro hac vice.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF MARCH, 2005.

*[signature]*
Michael C. Harvell

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/31/05
*[signature]* Maria E. Ready