UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC.,<br>SAMSUNG ELECTRONICS CO.,<br>LTD.<br><br>    Defendants | CIVIL ACTION NO. 04-12382 (RCL) |

## AFFIDAVIT OF JAMES P. HARRIS

I, James P. Harris, on oath depose and say as follows:

1.  I am an attorney practicing law in the State of New Hampshire with the law firm of Sheehan Phinney Bass + Green, P.A., 1000 Elm Street, P.O. Box 3701, Manchester, NH 03105-3701.

2.  I have been a member of the Bar of the State of New Hampshire and have been eligible to practice in all state courts within New Hampshire since 2002. I have also been admitted to practice before the United States Court of Appeals for the First Judicial Circuit since 2004 and the United States District Court for the District of New Hampshire since 2002. I remain a member in good standing in every jurisdiction where I have been admitted to practice.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. If admitted pro hac vice, I shall immediately become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. Plaintiff has requested that I represent it in this matter and I am fully familiar with the facts and events surrounding this litigation.

6. If admitted pro hac vice, I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

7. I respectfully submit that there is good cause for my admission pro hac vice.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF MARCH, 2005.

_____
James P. Harris

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 3-31-05
Maria E. Decolle

2