## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GETRONICSWANG CO., LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12382(RCL) |
| HYNIX SEMICONDUCTOR, INC., SAMSUNG ELECTRONICS CO., LTD. | ) ) ) ) | |
| Defendants | ) ) ) | |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

      This is to certify that David O'Rourke, Deputy General Counsel, GetronicsWang Co., LLC, ("Getronics") is the authorized representative of Getronics and he and his counsel have conferred:

      a)    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

      b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff,

**GETRONICSWANG CO., LLC**
By its attorneys,


/s/ Michael C. Harvell
Michael C. Harvell (Pro Hac Vice)
Maria Recalde, (BBO# 552831)
SHEEHAN PHINNEY BASS +
GREEN, PA
260 Franklin Street, Suite 1901
Boston, MA 02110-2131



/s/ David O'Rourke
David O'Rourke, Deputy General Counsel
GetronicsWang Co., LLC

Dated:  June 1, 2005