SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION



ATTORNEYS AT LAW

**Writer's Direct Dial:**
**(603) 627-8133**
**mharvell@sheehan.com**



May 18, 2005

MANCHESTER
1000 ELM STREET
PO BOX 3701
MANCHESTER, NH
03105-3701
T 603 668-0300
F 603 627-8121

CONCORD
143 N. MAIN STREET
SUITE 103
CONCORD, NH
03301-5089
T 603 223-2020
F 603 224-8899

BOSTON
260 FRANKLIN STREET
SUITE 1901
BOSTON, MA
02110-3112
T 617 897-5600
F 617 439-9363

WWW.SHEEHAN.COM

United States District Court
For the District of Massachusetts
Office of the Civil Clerk
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    GetronicsWang Co., LLC v.
       Hynix Semiconductor, Inc. and
       Samsung Electronics Co., Ltd.
       Civil Action No. 04-12382 (RCL)

Dear Sir/Madam:

       I enclose herewith the Return of Service under the Hague Convention for
service of the Summons and related documents in this case upon the Defendant
Hynix Semiconductor, Inc.

                                    Very truly yours,

                                    Michael C. Harvell

MCH/lmm
Enclosure

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.    1: 42

1) that the document has been served*
- the (date) _____2005.   2.   25_____
- at (place, street, number) ___서울특별시   강남구   대치동   891   번지_____
_____HYNIX   SEMICONDUTOR . INC_____
- in one of the following methods authorised by article 5 :

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

b)  in accordance with the following particular method* :

_____

c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to :
- (identity and description of person)           서   성   원
_____
- relationship to the addressee (family, business or other) :
                                        employee
_____

2) that the document has not been served by reason of the following facts :*

_____

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*
~~Documents returned~~ :

_____

In appropriate cases, documents establishing the service :   우편송달보고서

_____

                              Done at __서울중앙지방법원 민사신청과_____

                              the __2005.    .   ._____
                              Signature and/or stamp

                              서울중앙지방법원 민사신청과
                              법원주사보 김 정 식

* Delete if inappropriate.

| 접수연월일 | 200 T. 2. 17. | | 송달신청사건 | 서울중앙지방법원 | |
|---|---|---|---|---|---|
| 송달부진행번호 | 제 4018 호 | 송달(불능)증서 | | 200 [ 24 기 사법공조 호 | |
| 담 당 | 송 달 부 | | 송 달 신 청 서 | 이 름 공조 | |
| 송달비용 | 수수료( 원) | | | 연락처 | |
| | 여 비( 원) | | 송달받을사람 | 연락처 | |

| 송 달 서 류 | 1. 사법공조 촉탁 서류 |
|---|---|

| 송달받을사람 | HYNIX SEMICONDUCTOR, INC |
|---|---|

| 송 달 장 소 | 서울시 강남 구 대치 동        아파트(빌라)      동      호<br>로        가 891 -        번지        호 |
|---|---|

| 발송한사람 | 서울중앙지방법원        법원사무관(주사) 김 정식 |
|---|---|

| 송<br><br><br>달 | 영수인의 서명날인 등 ( 서 성 원        ) | | |
|---|---|---|---|
| | 송<br>달<br>방<br>법 | 1 | 송달받을 사람 본인에게 주었음. |
| | | 2 | 송달받을 사람이 부재중이므로 사리를 잘 아는 다음 사람에게 주었음.<br>①사무원( 문서접수 서순천 ) ②고용인(        ) ③동거인(        ) |
| | | 3 | 다음 사람이 정당한 사유없이 송달받기를 거부하므로 그 장소에 서류를 두었음.<br>①송달받을사람 본인 ②사무원(        ) ③고용인(        ) ④동거인(        ) |
| | 송 달 일 | | 200 T 년 2 월 24 일 16 시 10 분 |

| 송<br><br>달<br><br>불<br><br>능 | 불 능 사 유 | | 송 달 실 시 일 | | |
|---|---|---|---|---|---|
| | | | 1회 | 2회 | 3회 |
| | 1 | 수 취 인 부 재 | 월 일 시 분 | 월 일 시 분 | 월 일 시 분 |
| | 2 | 폐 문 부 재 | 월 일 시 분 | 월 일 시 분 | 월 일 시 분 |
| | 3 | 수 취 인 불 명 | 월 일 시 분 | 월 일 시 분 | 월 일 시 분 |
| | 4 | 주 소 불 명 | 월 일 시 분 | 월 일 시 분 | 월 일 시 분 |
| | 5 | 이 사 불 명 | 월 일 시 분 | 월 일 시 분 | 월 일 시 분 |
| | 참 고 사 항 | | (미화 20달러 ) | | |

위와같이 송달(불능)증서를 작성하여 제출합니다.

200 [ 년 2 월 26 일

서울중앙지방법원        집행관사무소

집행관

서울중앙지방법원

촉탁서

(주간특별송달)

서울중앙지방법원 집행관 귀하

사   건 **2005리 7 사법공조(공조번호 2004-487)**

신청인 미국 Maria E. Recalde

다음 사람에 대하여 첨부서류를 송달하여 주시기 바랍니다.

송달받을 자          HYNIX SEMICONDUCTOR,INC

주          소          서울 강남구 대치동 891,영동빌딩

첨부서류

1. 사법공조촉탁서류

2005. 02. 11.

법원주사보   김 정 식

# 영 수 증

서울지방법원 법원주사 김정식 귀하

사건 200**5 러 7**

~~1.재소간화해차일통지서~~

2.신청서 부본1부

**사법송간 송달촉탁 ( 04- 497 ) 소환장**

위 서류를 2005년    월    일    시    분         에 틀림없이
영수하였습니다.

2005.    **2** .    **3** .

주민등록번호

주소

영수인    **이일권**    印    **(집행반신 )**