UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GETRONICSWANG CO., LLC,

Plaintiff,

v.

HYNIX SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS CO., LTD.

Defendants.

Civil Action No. 04-12382 (RCL)

## LOCAL RULE 16.1 CERTIFICATION

Defendant Hynix Semiconductor, Inc, and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternatives courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Counsel for Hynix Semiconductor, Inc.

_____
Robert P. Sherman (BBO #458540)
Gordon M. Jones, III (BBO #549016)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: [ 6/8/05 ]

Hynix Semiconductor, Inc

By:_____
Name:   Kyung-Hyun Min
Title:   Senior Patent Licensing Manager

BOS1495561.1