UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC.,<br>SAMSUNG ELECTRONICS CO.,<br>LTD.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-12382(RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

    Now comes the counsel for the Plaintiff and notifies this Court and counsel of record of a change of firm address. The telephone and facsimile numbers will remain the same. The new address is:

**MARIA E. RECALDE, ESQUIRE**
**SHEEHAN PHINNEY BASS + GREEN**
**ONE BOSTON PLACE**
**BOSTON, MASSACHUSETTS 02108**

        Plaintiff,
        **GETRONICSWANG CO., LLC**
        By its attorneys,


        /s/ Maria E. Recalde
        Michael C. Harvell (Pro Hac Vice)
        Maria E. Recalde (BBO# 552831)
        SHEEHAN PHINNEY BASS +
        GREEN, PA
        One Boston Place
        Boston, MA 02108
        Telephone: 617-897-5600
        Facsimile: 617-439-9363

Dated: October 26, 2005

CERTIFICATE OF SERVICE

    I, Maria E. Recalde, hereby certify that the foregoing was served on Robert P. Sherman, Esq. and Gordon M. Jones, III, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, by mailing a copy of same, first class, postage prepaid, this 26th day of October, 2005.

                                                   _____
                                                   Maria E. Recalde