UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GETRONICSWANG CO., LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12382(RCL) |
| ) | |
| HYNIX SEMICONDUCTOR, INC., ) | |
| SAMSUNG ELECTRONICS CO., ) | |
| LTD. ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

Now comes the counsel for the Plaintiff and notifies this Court and counsel of record of a change of firm address. The telephone and facsimile numbers will remain the same. The new address is:

**MARIA E. RECALDE, ESQUIRE**
**SHEEHAN PHINNEY BASS + GREEN**
**ONE BOSTON PLACE**
**BOSTON, MASSACHUSETTS 02108**

Plaintiff,
**GETRONICSWANG CO., LLC**
By its attorneys,

*/s/ Maria E. Recalde*
Michael C. Harvell (Pro Hac Vice)
Maria Recalde, (BBO# 552831)
SHEEHAN PHINNEY BASS +
GREEN, PA
One Boston Place
Boston, MA 02108
Telephone: 617-897-5600
Facsimile: 617-439-9363

Dated: October 26, 2005

CERTIFICATE OF SERVICE

I, Maria E. Recalde, hereby certify that the foregoing was served on Robert P. Sherman, Esq. and Gordon M. Jones, III, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, by mailing a copy of same, first class, postage prepaid, this 26th day of October, 2005.

*Maria E. Recalde*
Maria E. Recalde

2