UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. and<br>SAMSUNG ELECTRONICS CO., LTD.<br><br>                    Defendants. | Civil Action No. 04-12382 (RCL) |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the following counsel has changed his business address and will continue to represent defendants, Hynix Semiconductor, Inc. and Samsung Electronics Co., Ltd. in the above-referenced matter.

      Robert P. Sherman, Esq.
      DLA Piper Rudnick Gray Cary LLP
      One International Place
      Boston, MA  02110
      (617) 406-6035

                                                    By:   */s/ Robert P. Sherman*
                                                           Robert P. Sherman (BBO #458540)
                                                           Nixon Peabody LLP
                                                            100 Summer Street
                                                           Boston, MA  02110
                                                          (617) 345-1000

Dated:  November 22, 2005

BOS1546101.1