UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. and<br>SAMSUNG ELECTRONICS CO., LTD.<br><br>   Defendants. | Civil Action No. 04-12382 (RCL) |

### NOTICE OF WITHDRAWAL OF GORDON M. JONES, III

Please withdraw the appearance of Gordon M. Jones, III and Nixon Peabody LLP on behalf of Defendants, Hynix Semiconductor, Inc. and Samsung Electronics Co., Ltd.

By: ___/s/ Gordon M. Jones, III___
Gordon M. Jones, III (BBO #549016)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated:  November 22, 2005

BOS1546085.1