UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | Civil Action No. 04-12382 (RCL) |

### NOTICE OF APPEARANCE OF BRUCE S. BARNETT FOR DEFENDANTS

Please enter the appearance of the undersigned attorney on behalf of defendants Hynix Semiconductor, Inc., and Samsung Electronics Co., Ltd., in this action.

Respectfully submitted,

Dated: December 2, 2005

/s/ Bruce S. Barnett
Bruce S. Barnett (BBO#647666)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110
Email: bruce.barnett@dlapiper.com
Phone: 617-406-6000
Fax:  617-406-6100

~BOST1:399351.v1
1-6