UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GETRONICSWANG CO., LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYNIX SEMICONDUCTOR, INC., )<br>SAMSUNG ELECTRONICS CO., )<br>LTD. )<br>)<br>Defendants )<br>)<br>_____) | CIVIL ACTION NO. 04-12382(RCL) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, GetronicsWang Co., LLC ("Getronics"), through its attorneys, Sheehan Phinney Bass + Green, P.A., pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, respectfully submits this motion for summary judgment. In support of its motion, Plaintiff states that as set forth in the accompanying Concise Statement of Undisputed Material Facts and Memorandum of Law in support of the present motion, the undisputed facts reveal that Plaintiff Getronics is entitled to judgment as a matter of law with respect to its claims against Defendants for breach of contract and breach of their duties of good faith and fair dealing.

### REQUEST FOR ORAL ARGUMENT

Plaintiff requests oral argument on the present motion.

WHEREFORE, Plaintiff respectfully requests that this honorable Court:

A.    Grant summary judgment in favor of Plaintiff; and

    B.    Grant such other and further relief as may be necessary and just.

Respectfully submitted,

GETRONICSWANG CO., LLC

By its attorneys,

SHEEHAN PHINNEY BASS +
GREEN, PA

Date: January 20, 2006    /s/ Michael C. Harvell
Michael C. Harvell (Pro Hac Vice)
One Boston Place, 38th Floor
Boston, MA 02108
(617) 897-5600

Date: January 20, 2006    /s/ Maria Recalde
Maria Recalde, (BBO# 552831)
One Boston Place, 38th Floor
Boston, MA 02108
(617) 897-5600

## CERTIFICATE OF SERVICE

I, Maria E. Recalde, hereby certify that the foregoing motion for summary judgment was served on Robert P. Sherman, Esq., DLA Piper Rudnick Gray Cary LLP, One International Place, Boston, Massachusetts 02110, robert.sherman @dlapiper.com through Electronic Case Filing, this 20th day of January, 2006.

/s/ Maria E. Recalde
Maria E. Recalde