## Interest Calculation Korean Withholding

| Company | Withholding Date | Date Paid | Months Elapsed | Withholding Amount | Rate of Interest per month | Interest Amount | Interest Due |
|---|---|---|---|---|---|---|---|
| **LATE ROYALTY PAYMENTS** | | | | | | | |
| Hyundai | 8/25/1993 | 1/31/2003 | 113 | 129,000 | 1.50% | 169.50% | 218,655 |
| Hyundai | 3/8/1995 | 1/31/2003 | 94 | 643 | 1.50% | 141.00% | 907 |
| Total | | | | | | | 219,562 |
| **EXCHANGE RATE CLAIM** | | | | | | | |
| Hyundai | 1/31/2003 | 1/15/2006 | 35 | 42,218 | 1.50% | 53% | 22,164 |
| Total | | | | | | | 241,726 |
| **LATE ROYALTY PAYMENTS** | | | | | | | |
| Goldstar | 5/27/1992 | 1/31/2003 | 128 | 201,563 | 1.00% | 128.00% | 258,001 |
| Goldstar | 9/28/1992 | 1/3/2003 | 124 | 132,513 | 1.00% | 124.00% | 164,316 |
| Goldstar | 3/2/1993 | 1/31/2003 | 118 | 212,006 | 1.00% | 118.00% | 250,167 |
| Goldstar | 11/15/1996 | 1/31/2003 | 74 | 94,875 | 1.00% | 74.00% | 70,208 |
| Goldstar | 1/20/1997 | 1/31/2003 | 72 | 82,500 | 1.00% | 72.00% | 59,400 |
| Goldstar | 1/20/1997 | 1/31/2003 | 72 | 121 | 1.00% | 72.00% | 87 |
| Total | | | | | | | 802,178 |
| **EXCHANGE RATE CLAIM** | | | | | | | |
| Goldstar | 1/31/2003 | 1/15/2006 | 35 | 241,212 | 1.00% | 35.00% | 84,424 |
| Total | | | | | | | 886,603 |
| **LATE ROYALTY PAYMENTS** | | | | | | | |
| Samsung | 3/1/1992 | 12/31/2002 | 129 | 171,578 | 1.00% | 129.00% | 221,336 |
| Samsung | 6/25/1992 | 12/31/2002 | 126 | 410,210 | 1.00% | 126.00% | 516,865 |
| Samsung | 8/2/1992 | 12/31/2002 | 124 | 196,254 | 1.00% | 124.00% | 243,355 |
| Samsung | 8/31/1993 | 12/31/2002 | 112 | 105,446 | 1.00% | 112.00% | 118,100 |
| Samsung | 3/1/1994 | 12/31/2002 | 105 | 24,224 | 1.00% | 105.00% | 25,435 |
| Samsung | 8/30/1994 | 12/31/2002 | 100 | 15,791 | 1.00% | 100.00% | 15,791 |
| Samsung | 3/3/1995 | 12/31/2002 | 93 | 15,771 | 1.00% | 93.00% | 14,667 |
| Samsung | 8/29/1995 | 12/31/2002 | 88 | 61,518 | 1.00% | 88.00% | 54,136 |
| | | | | | | | 1,209,684 |
| **EXCHANGE RATE CLAIM** | | | | | | | |
| Samsung | 12/31/2002 | 1/15/2006 | 36 | 192,432 | 1.00% | 36.00% | 69,276 |
| Total | | | | | | | 1,278,959 |
| | | | | | | | **2,407,288** |