

9, 10TH FL, SAMSUNG MAIN BLDG.
250-2-KA, TAEPYUNG-RO, CHUNG-KU.
SEOUL, KOREA
C.P.O. BOX 8780, TLX: KORBST K27870
FAX: 753-0967,8   TEL: 727-7019
727-7025

VIA FACSIMILE

June 26, 1992

RECEIVED
JUN 26 1992
WANG PATENT GROUP

Michael H. Shanahan, Esq.
Chief Patent Counsel
Wang Laboratories, Inc.
One Industrial Avenue
Lowell, MA 01851
U.S.A.

EXHIBIT
9
SW 9/28/05

Re: Royalty Payment

Dear Michael:

As for the past royalty payment and administrative licensing fee of Fifty Thousand (50,000) United States Dollars which is due and payable on or before June 26, 1992 in accordance with our Patent License Agreement of February 17, 1992, we inform you that we remitted US$ 2,133,722.91 (US$ 2,543,931.93 less US$ 410,209.02 of 16.125% tax payment) to your ABA NO. 011-000-390 of the Bank of BOSTON, 100 Federal Street Boston MA 021110 on June 25, 1992.

Any questions concerning this matter, please feel free to contact me.

Very truly yours,

Gwangho-Kim
Legal Counsel

Attachment: