1992-06-05 11:26  FROM                        TO          80215009632399    RECEIVED

JUN - 5 1992

## GoldStar
GOLDSTAR ELECTRON CO. LTD.
16, Woomyeon-Dong, Seocho-Cu, Seoul 137-140, Korea
PHONE:(02)575-6811 FAX:(02)575-4555 TLX:GSCRL K27799

WANG PATENT GROUP

## FACSIMILE    MESSAGE

TO      : Mr. Michael H. Shanahan         No. of Pages : 1 of 2
          Chief Counsel  WANG              Fax. No.     : 508 967 3939
FROM    : JeongHwan Lee                    Date         : June 5, 1992
SUBJECT : Remittance.

Dear Mr. Shanahan :

    I am pleased to inform you of my remittance of the agreed royalty
to your Bank of Boston, Acct # 387-18887, by telegraphic transfer via Cho
Hung Bank of Korea on May 29. We withheld tax amount of $281,562.50, whose
rate is 16.125%. Enclosed please find the copies of confirmation of
withholding tax amount by District Tax office of Korea.

    Would you confirm your reciept ASAP ?

                                    Very truly yours,

                                    for

                                    JeongHwan Lee
                                    General Manager of Patent Dept.
                                    Goldstar Electron Co. Ltd.

Enclosure.
C.C : Roger S. Borovoy, Esq.

```
EXHIBIT
  18
SUP  9/28/05
```

GW0000001238

# Application for Certification of Tax Paid(or Due) on

## Korean Source Income of Nonresidents

| | | | | | Period of Process |
|---|---|---|---|---|---|
| | | | | | **Immediately** ( 7 days ) |

| ① Payer | ③ Name | ColdStar Electron Co.,Ltd | ⑥ Bus.(President) Registration No. | 214 05 00633 |
|---|---|---|---|---|
| | ④ Adress | 16 Woomyeon Dong, SeoChu Cu, 137 140 Seoul, Korea | ⑦ Phone Number | 02 576 7000 |
| ② Recipient | ⑤ Name | Wang Laboratories, Inc. | ⑧ Resident Country | U.S.A. |
| | ⑨ Adress | One Industrial Avenue, Lowell, Massachusetts, 01851 U.S.A. | | |

| ⑩ Tax Computation | ⑪ Kind of Income | ⑫ Date of Payment | ⑬ Taxable or Exempt | ⑭ Tax Base | ⑮ Tax Rate | ⑯ Tax Calculated | ⑰ Tax Reduced or Exempt | ⑱ Tax Paid (Due) | Paid or Not |
|---|---|---|---|---|---|---|---|---|---|
| | 특허실시 기술료 | 92. 5.27 | | 1,250,000 (US$) | 15% | $187,500.00 $ 14,062.50 | | $ 201,562.50 | Not |

I hereby request that you certify the tax paid, due or exempt on the Korean source income of a nonresident or foreign corporation is as above.

Yr        Mo        Day

Applicant    서울시 초쵼구 우면동 16 번지

대표    王 文 正

To Director of _____    District Tax Office

Attachment: 1. A copy of the document certifying the resident country of the recipient

2. A copy of Notice of Approval and a copy of contract

NOTE FOR FILE

A COPY OF THIS WAS GIVEN
TO JIM BOWDREN IN TAX DEPT.
JIM WILL CONTACT OUR AGENTS
IN KOREA TO SEE IF WE
CAN RECLAIM THE TAX FROM
GOLDSTAR.
( WE SHOULD NOT HAVE TO
PAY WITHHOLDING IN KOREA )

...tion of tax reduced or exempt by foreign investor ...me accrued (in case dividend entitled to tax s paid)

( in case the tax has been paid)

exemption

...gned certifies that the above statement is true and

Yr        Mo        Day

서 초 세 무 Director    District Tax Office

8.

GW0000000998