# ·HYUNDAI

**Hyundai Electronics Industries Co., Ltd.**

Hyundai Jeonja Bldg
66, Chuckseon-dong, Chongro-ku,
Seoul, Korea Tlx K29793/4 HDETN
Tel 398-4500 Fax 733-2145/7

August 26, 1993

Ms. Maggie Mellonakos
WANG LABORATORIES, INC.
One Industrial Avenue
Lowell, MA 01851

VIA FACSIMILIE 508) 967-3930
CONFIRMATION BY DHL

082792

Re: Royalty Payment/Report

Dear Ms. Mellonakos:

We are pleased to inform that the payments of U$800,000 required in Sections 5.1 and 5.2 of the Agreement were remitted after withholding taxes U$129,000 to your account no. 936-356-4615 on August 25, 1993. Attached please find i) tax certificate ii) the royalty report required in Sections 6.2 and 6.5 and iii) a fully executed original agreement.

Please feel free to contact us if you have any questions.

Best regards,

D. S. Chung
Senior Manager
Patent Department

**EXHIBIT 25**
SCP 9/28/05

cc: Mr. Michael H. Shanahan/ Allegetti    Fax: 617)345-9111
    Mr. I.H. Chun/ HEA                    Fax: 408)383-3666
    Mr. Robert C. Colwell/ T&TK&C         Fax: 415)326-2422

Attachment(by DHL)

HYN 000052

Form 11    ※    For Illustration Only

## Application for Certification of Tax Paid (or Due) on Korean Source Income of Nonresidents

Period of Process

Immediately (7 Days)

| ① Payer | ② Name | Hyundai Electronics Ind. Co. Ltd. | ③ Business Registration Number | 126-81-03725 |
|---|---|---|---|---|
| | ④ Address | San 136-1, Ami-ri, Bubal-eub, Ichon-kun, Kyungi-do, Korea | ⑤ Phone Number | 741 - 0661 |
| ⑥ Recipient | ⑦ Name | Wang Laboratories Inc. | ⑧ Resident Country | U.S.A |
| | ⑨ Address | One Idustrial Avenue Lowell MA 01851 U.S.A | | |

| ⑩ Tax Computation | ⑪ Kind of Income | ⑫ Date Payment | ⑬ Tax or Exe | ⑭ Tax Base | ⑮ Tax Rate | 16) Tax Calculated | 17) Tax Reduced or Exe. | 18) Tax Paid (Due) | 19) Paid or Not |
|---|---|---|---|---|---|---|---|---|---|
| | Royalty | 93.8 | Tax | US$ 800,000.00 | 16.125% | US$ 129,000.00 | - | US$ 129,000.00 | To Pay |

I hereby request that you certify the tax paid, due or exempt on the Korean income of a nonresident or foreign corporation is as above.

Yr    Mo    Day

Applicant : J. Y. Kim

To Director of Ichon District Tax Office

Attachment : 
1. A copy of the document certifying the resident country of the recipient
2. A copy of Notice of Approval and a copy of contract
3. Document showing computation of tax reduced or exempt by foreign investor and by rear in which income accrued (in case dividend entitled to tax reduciton or exemption is paid)
4. A copy of the tax receipt (in case the tax has been paid)
5. Supporting documents for exemption

The Korean Tax Authority undersigned certifies that the above statement is true and correct.

Yr    Mo    Day

Director of Ichon District Tax Office

HYN 000053