# EXHIBIT A

WANG LABORATORIES, INC., ONE INDUSTRIAL AVENUE, LOWELL, MA 01851 • TEL: 508/459-5000, TELEX 172108

WANG

MICHAEL H. SHANAHAN
CHIEF PATENT COUNSEL

December 22, 1989

K. H. Kim, Chief Executive Officer
Samsung Semiconductor
Semiconductor Group
Kiheung Factory
San #24 Nongsuh-Ri
Kiheung-Myun-Yongin-Gun
Kyongki-Do, KOREA
CPO Box 5779
Seoul, KOREA 100




Re: Notice of Patent Infringement Under 35 USC 287 of Wang's US Patents 4,656,605, 4,727,513 and 4,850,892

Dear Mr. Kim:

The subject patents relate to the Single, In-Line Memory Module (SIMM or SIMMs) technology widely used in computer products available in the US and other countries. This technology was invented at Wang in the early eighties and was subsequently adopted as a standard by JEDEC. Your attention is directed to JEDEC standard 21-B relating to DRAM SIP MODULES.

Based on a review of a Samsung Semiconductor data book, your company is and has been marketing in the US multiple variations of SIMM modules covered by the Wang patents. Your making, having made, using, selling, importing and/or exporting of SIMM products of the type illustrated in the data book is conduct that violates Wang's rights in this technology.

Wang is willing, at least for the present, to consider licensing your company to the SIMM patents on a non-exclusive basis. We will be pleased to meet with you, or someone of your choosing, at the earliest convenient time to discuss reasonable terms for such a license.

We look forward to your prompt reply.

Yours truly,

Michael H. Shanahan

MHS/pme

Enc.: Patent Nos. 4,656,605

GW0000003852

1828 Sukhumvit Road, Thailand 2389, 5131, 5136
(A) Inc. U.S.A.
(S.A.) Inc. U.S.A.

Les Miroirs, 18 -92096 Paris La Défense. 6711, 2621, 3231, 3291
U.S.A.
ractaires S.A. France
U.S.A.
Germany
U.S.A.
A. Switzerland
U.S.A.
U.S.A.
U.K.
nics (A) U.S.A.
U.S.A.
Quartz Co. U.S.A.

LAITIERE S.A., Zone 4710 Ludres, France 0241, 2021
U.S.A.

Lavington Street, 071-928 8844 6711, 2752, 5085, 7392
ic. U.S.A.

haussée de Ruisbroek Tel: (02) 370 53 11 3662
U.S.A.
U.S.A.

4-1 Tokiwa 7-chome, Tel: 048-824-2411 6011
w York U.S.A.

Edobori, Nishi-ku, -2142 2893, 506
Inc. Canada
U.S.A.
U.S.A.
o. U.S.A.
U.S.A.
U.S.A.

agata Higashi 3-chome, pan Tel: 045-751-2111 0729
U.S.A.

ornwestheim/Württ., Tel: (07154) 2 01-1 3131, 3143, 3144, 5661
U.S.A.

Anne's Gate, London, 1771 6711, 3559, 5149, 6411
U.S.A.
U.S.A.
U.S.A.

0 Novedrate, Via Tel: (031) 790424 3429
U.S.A.
Canada

Metz-Tessy, F-74370 3949
Canada
U.S.A.
U.S.A.

08 EA Amsterdam, Tel: (020) 43 57 24 2834, 3841, 3842
U.S.A.

50 East Fettes Avenue, Tel: 031-552 7101 6711, 4222, 4712, 4469, 7394
Inc. U.S.A.
Inc. U.S.A.
U.S.A.
s Inc. U.S.A.
U.S.A.
ng Inc. U.S.A.
U.S.A.
Co. U.S.A.
ng & Marketing U.S.A.
) U.S.A.

GMBH, D-4400 h 34 47, Germany 3532, 3552, 3585
Canada
U.S.A.

TD., 9-1, ul 100-060, South 1521, 1541
U.S.A.

st Road, Section 3, 3679, 3634, 3632, 3651
U.S.A.

* Parent of U.S. Co.

**SAMSUNG CO. LTD.,** 7th Floor, Samsung Main Building, 250 2-ka, Taepyong-ro, Chung-ku, Seoul, South Korea Tel: (02) 751-2114 — 5161, 5084, 3672, 3674, 3861
Samsung Electronics Co. Ltd. South Korea
Micro Five Corp. U.S.A.

**SAMYANG FOODS CO. LTD.,** 51-1 Susong-Dong, Chongro-ku, Seoul, South Korea Tel: (02) 735-8951 — 2077, 2841, 2048
Samyang (U.S.A.) Inc. U.S.A.

**SAN PELLEGRINO S.P.A.,** 20154 Milano (MI), Via Castelvetro 17-23, Italy Tel: (02) 31971 — 2086, 2087
Sesa Inc. U.S.A.

**SANDEN CORP.,** 20 Kotobuki-cho, Isesaki City, Gumma-pref. 372, Japan Tel: 0270-24-1211 — 3632, 1711
Sanden of America Inc.[1] U.S.A.
[1] See separate entry U.S.A.

**SANDERSON ELECTRONICS PLC,** Parkway House, Parkway Avenue, Sheffield, South Yorkshire, S9 4WA, UK Tel: 0742 434373 — 6711, 5081, 7374, 7379
General Automation Inc. (A) U.S.A.

**SANDHURST MINING N.L.,** 55 Macquarie Street, Sydney, N.S.W. 2000, Australia Tel: (02) 251 3010 — 1041, 1499, 6711
Balmoral Resources Co. U.S.A.
Balmoral Resources Inc. U.S.A.
Bendigo Dredging N.L. U.S.A.
Sandhurst Mining Co. U.S.A.

**SANDOZ AG,** Lichtstr. 35, CH-4002 Basel, Switzerland Tel: (061) 324 11 11 — 2819, 2833, 2834, 5122
Cytel-AK Corp. (A) U.S.A.
Hilleshög AB Sweden
American Seed Investment Corp. U.S.A.
Hilleshög Mono-Hy Inc. U.S.A.
Hilleshög Forestry Canada Ltd. Canada
McLaren Environmental Engineering U.S.A.
Master Builders Inc. U.S.A.
Master Builders Technologies Ltd. Canada
Northrup King Co. U.S.A.
Northrup King Seeds Ltd. Canada
Repligen Sandoz Research Corp. U.S.A.
Rogers Brothers Seed Co. U.S.A.
Sandoz Agro Canada Inc. Canada
Sandoz Canada Ltd. Canada
Sandoz Chemicals Corp. U.S.A.
Sandoz Corp. U.S.A.
Sandoz Crop Protection Corp. U.S.A.
Sandoz Nutrition Corp. U.S.A.
Sandoz Pharmaceuticals Corp. U.S.A.
Zoecon Corp. U.S.A.

**FRATELLI SANDRETTO S.P.A.,** 10097 Collegno-Regina Margherita (TO), Vie de Amicis 44, Italy — 3559
Sandretto B.V. Netherlands
Sandretto Plastics Machinery Inc. U.S.A.

**SANDVIK AB,** S-811 81 Sandviken, Sweden Tel. 026-26 00 00 — 3312, 3423, 3535, 5051
Sandco Ltd. Canada
Sandvik Canada Inc. Canada
Sandvik Coromant, AB Sweden
Automation Intelligence Inc. (A) U.S.A.
Sandvik Inc. U.S.A.
Sandvik Latin America Inc. U.S.A.
Sandvik Process Systems Canada Ltd. Canada
Sandvik Process Systems Inc. U.S.A.
Sandvik Rhenium Alloys Inc. U.S.A.
Sandvik Rock Tools, AB Sweden
Sandvik Mission Drilling Products Inc. U.S.A.
Sandvik Rock Tools Inc. U.S.A.
Sandvik Special Metals Corp. U.S.A.
Sandvik Tube Inc. Canada
Sandvik Windsor Corp. U.S.A.
Seco Tools AB Sweden
Seco Snap-Tap Inc. U.S.A.

**SANKO-KUKUSAKU PULP CO. LTD.,** 4-5 Marunouchi 1-chome, Chiyoda-ku, Tokyo 100, Japan Tel. 03-3211-3411 — 2621, 2435, 2436
Primex Fibre Ltd. (A) Canada

**SANKYO CO. LTD.,** 7-12 Ginza 2-chome, Chuo-ku, Tokyo 104, Japan Tel: 03-3562-0411 — 2833
Sankyo U.S.A. Corp. U.S.A.

**SANKYO SEIKI MFG. CO. LTD.,** 1-17-2 Shinbashi, Minato-ku, Tokyo 105, Japan Tel: 03-3508-1153 — 3873, 3999
Sankyo Seiki (America) Inc. U.S.A.

**SANKYO SEIKO CO. LTD.,** 5-6 Azuchimachi 2-chome, Chuo-ku, Osaka 541, Japan Tel: 06-268-5000 — 5133, 5137
New York Sankyo Seiko Co. Ltd. U.S.A.

**SANOH INDUSTRIAL CO. LTD.,** Kandabashi Yasuda Building, Kanda Nishiki-cho, Chiyoda-ku, Tokyo 101, Japan Tel: 03-3293-2561 — 3471
Huan Inc. U.S.A.
Sanoh Manufacturing Corp. U.S.A.

**SANRIO CO. LTD.,** 6-1 Osaki 1-chome, Shinagawa-ku, Tokyo 141, Japan Tel: 03-3779-8111 — 2648
Sanrio Communications Inc U.S.A.
Sanrio Inc. U.S.A.

**SANSHIN ELECTRONICS CO. LTD.,** 4-1?, 4-chome, Shiba Minato-ku, Tokyo, Japan Tel: 03-3453-5111 — 5065
Sanshin Electronics Corp. U.S.A.

## Foreign Parents

**SANTOS LTD.,** G.P.O. Box 2319, Adelaide, S.A. 5001, Australia Tel: (08) 218 5111 — 1381, 6799, 6711
Peko Oil Ltd. Australia
Weeks Exploration Co. U.S.A.

**THE SANWA BANK LTD.,** 10 Fushimi-machi 4-chome, Higashi-ku, Osaka 541, Japan Tel: 06-202-2281 — 6011
Golden State Sanwa Bank U.S.A.
First City Bank U.S.A.
Lloyds Bank California U.S.A.
Liberty Bank (A) U.S.A.
Sanwa-BGK Securities Co. U.S.A.
Sanwa Bank Canada Canada
Sanwa Business Credit Corp. U.S.A.

**SANYO ELECTRIC CO. LTD.,** 18 Keihan-Hondori 2-chome, Moriguchi City, Osaka 570, Japan Tel: 06-991-1181 — 3873, 3634, 5078
Icon International Inc. U.S.A.
Icon Systems & Software Inc. (A) U.S.A.
Interstate Distribution Services Corp. U.S.A.
Sanyo America Inc. U.S.A.
Sanyo Audio Manufacturing (U.S.A.) Corp. U.S.A.
Sanyo Business Systems Corp. U.S.A.
Sanyo California Corp. U.S.A.
Sanyo Canada Inc. (A) Canada
Sanyo E & E Corp. (A) U.S.A.
Sanyo E.T. Canada Inc. Canada
Sanyo Electric Finance (USA) Corp. U.S.A.
Sanyo Electric Inc. U.S.A.
Sanyo Energy (U.S.A.) Corp. U.S.A.
Sanyo Fisher Service Corp. U.S.A.
Sanyo Fisher (U.S.A.) Corp. U.S.A.
Sanyo Industries (America) Corp. U.S.A.
Sanyo Industries Canada Inc. (A) Canada
Sanyo Laser Products Inc. U.S.A.
Sanyo Manufacturing Corp. U.S.A.
Sanyo North America Corp. U.S.A.
Sanyo Sales & Supply (U.S.A.) Corp. U.S.A.
Sanyo Semiconductor Corp. U.S.A.
Sanyo Semiconductor Distribution (U.S.A.) Corp. U.S.A.
Sanyo Video Components (U.S.A.) Corp. U.S.A.
Tocabi America Corp. U.S.A.

**SANYO SECURITIES CO. LTD.,** 1-16-3 Shinkawa, Chuo-ku, Tokyo 104, Japan Tel: 03-5566-8131 — 6711
Sanyo Securities America Inc. U.S.A.
Sanyo Securities Canada Ltd. Canada

**SANYO SHOKAI LTD.,** 14 Honshio-cho, Shinjuku-ku, Tokyo 160, Japan Tel: 03-3357-4111 — 2311, 2337
Sanyo Fashion House Inc. U.S.A.
Sanyo Sewing America Inc. U.S.A.

**SAPPORO BREWERIES LTD.,** 10-1 Ginza 7-chome, Chuo-ku, Tokyo 104, Japan Tel: 03-3572-6111 — 2082, 2086
Sapporo U.S.A. Inc. U.S.A.

**SARLON INDUSTRIES PTY. LTD.,** P.O. Box 130, Riverwood, N.S.W. 2210, Australia Tel: (02) 796 2222 — 3079, 6711, 5161
Sarlon Investment Corp. (A) U.S.A.

**SARNA KUNSTSTOFF AG,** Industriestr., Ch-6060 Sarnen Postfach, Switzerland Tel: (041) 66 99 66 — 2821, 2822, 3079
Sarna Canada Ltd. Canada
Sarnafil Inc. U.S.A.

**SARTORIUS AG,** D-3400 Göttingen, Weender Landstr. 94-108, Postfach 32 43, Germany Tel: (0551) 30 8? — 3811, 3829, 3841, 3842
Sartorius Canada Inc. Canada
Sartorius Corp. U.S.A.

**SASAKURA ENGINEERING CO. LTD.,** 7-32 Takeshima 4-chome, Nishiyodogawa-ku, Osaka 555, Japan Tel: 06-473-2131 — 3634, 4952
Sasakura International American Corp. U.S.A.

**SAUER GETRIEBE AG,** D-2350 Neumünster, Krokamp 35, Postfach 24 60, Germany Tel: (04321) 871-1 — 3511, 3565, 3569
Sauer Inc. (A) U.S.A.

**SAURER-GRUPPE HOLDING AG,** CH-9320 Arbon, Switzerland Tel: (071) 46 91 11 — 3552, 3585, 5531, 7629
Melco Industries Inc. U.S.A.
Adolph Saurer AG Switzerland
Saurer Holding AG Switzerland
Berna AG Olten Switzerland
Sylvester & Co. U.S.A.
Saurer Corp. U.S.A.

**FR. SAUTER HOLDING AG,** Im Surinam 55, CH-4016 Basel, Switzerland Tel: (061) 695 55 55 — 3613, 3822
Fr. Sauter AG Switzerland
Sauter Controls Corp. U.S.A.

**J. SAVILLE GORDON GROUP PLC,** Saville Gordon House, 4 Wharfdale Road, Tyseley, Birmingham B11 2SB, U.K. Tel: 021-707 3530 — 6711, 5086, 5093, 3317
London & Overseas Land PLC U.K.
London & Overseas Land (Investments) Inc. U.S.A.

**THE SAXON HAWK GROUP PLC,** The Mount, Glossop Road, Sheffield, S10 2PZ, U.K. Tel: 0742 686970 — 6711, 5712, 5719
Saxon Hawk (Holdings) PLC
WRGGL Liquidating Corp. U.S.A.

GW00000003853

*D-U-N-S* [illegible]-5891 EXP
**SAMLIP IND[illegible]IAL CO., LTD.**
236-3 3-Ga [illegible]won-Dong, Buk-Gu, Daegu
Lee Hae-Joon President
*Tel:* 3528511 *Sales:* 21,399,683
*Empl:* 745
*SIC:* 37 14
Mfr Automobile Parts

*D-U-N-S* 68-774-5331 IMP/EXP
**SAMMI CORP.**
935-34 Bangbae-Dong, Seocho-Ku, Seoul 137-06
Yoo Hun-Sang President
*Telex:* 22392 *Sales:* 614,006,000,000
*Empl:* 681
*SIC:* 24 21 50 31 50 51
Sawmill, Whl Steel & Lumber

*D-U-N-S* 68-774-0175 IMP
**SAMMI CORPORATION**
935-34 Bangbae-Dong, Socho-Gu
Yoo, Hun Sang Executive Officer
*Tel:* (2) 5836911 *Sales:* 589,128,000,000
*Telex:* 22392 *Empl:* 709
*SIC:* 24 26 33 12 50 31 50 51
Mfr Whl Lumber Stainless St'L Pipe Etc

*D-U-N-S* 68-776-0173 EXP
**SAMMI ENTEPPRISE CO. LTD.**
231-1 2-Ga Songsu-Dong, Songdongdgu, Seoul
Yoo In-Ho President
*Tel:* 4632121 *Sales:* 13,315,000,000
*Telex:* 2 *Empl:* 450
*SIC:* 36 51
Mfr Cone And Horn Speakers,

*D-U-N-S* 68-776-2450 EXP
**SAMMI METAL PRODUCTS CO., LTD.**
523 Yonduk-Dong, Changwon Si
Yu Sam-Yuk President
*Tel:* 824181 *Sales:* 13,242,000,000
*Telex:* 22 *Empl:* 842
*SIC:* 33 12 34 52
Mfr Stainless Steel Pipes,
*Parent:* Sammi Steel Co. Ltd.

*D-U-N-S* 68-773-7304 IMP
**SAMMI STEEL CO LTD**
3/F Sammi Bldg 935-34, Pangbae-Dong Seocho-Gu, Seoul
Park, Kwang Bo President
*Tel:* 5836911 *Sales:* 208,950,000,000
*Telex:* 26273 *Empl:* 3,975
*SIC:* 33 53 33 12
Mfr Stainless Steel Scrap

*D-U-N-S* 68-775-2303 IMP
**SAMMI STEEL CO., LTD.**
3fl Sammi Bldg 935-34 Pangbae, Dong Kangnam Gu, Seoul
Yun Zixang President
*Tel:* 5836911 *Sales:* 464,957,000,000
*Telex:* 262 *Empl:* 4,216
*SIC:* 33 12
Mfr Stainless Steel Sheets

*D-U-N-S* 68-778-2102 EXP
**SAMMO CORP.**
82-2 Shillim-Dong Kwanak Gu, Seoul
Yon Soon Mo President
*Tel:* 8785281 *Sales:* 10,666,000,000
*Empl:* 488
*SIC:* 39 44 39 42 30 69 50 42
Mfg. Exp. Toys

*D-U-N-S* 68-774-5109 IMP/EXP
**SAMPOONG CO., LTD.**
199 Anyang-Dong Anyang-Shi, Kyonggi-Do, Kyonggi-Do
Kim Sam-Suk Chairman
*Telex:* 2 *Sales:* 43,708,000,000
*Empl:* 2,061
*SIC:* 23 29 23 39 23 37 51 38
Mfr Exp Men'S Suits & Coats,

*D-U-N-S* 68-775-4317 IMP
**SAMPOONG PAPER MFG CO., LTD.**
224 Chang-Dong Tobong-Gu, Seoul
Woo Young-Royul President
*Tel:* 9923171 *Sales:* 10,641,000,000
*Empl:* 211
*SIC:* 26 21
Mfr Newsprnt Paper

*D-U-N-S* 68-777-8217 IMP/EXP
**SAMSON CORP.**
826-21 Chung Hap Bldg, Yuksam-Dong Kangnam-Gu, Seoul
Son Yeon-Ho President
*Tel:* 5528181 *Sales:* 10,142,000,000
*Telex:* 25358 *Empl:* 84
*SIC:* 50 51 50 39
Whl Pipe Covers, Panels, Bldg.

*D-U-N-S* 68-777-4943
**SAMSUN CORPORATION**
605 Lee Ma Bldg 146-1, Susong-Dong Chongno-Gu, Seoul
Song Choong-Won President
*Tel:* 7321516 *Sales:* 11,001,000,000
*Telex:* 28987 *Empl:* 269
*SIC:* 42 25 44 69 09 12
Marine Transp & Storage

*D-U-N-S* 68-77[illegible] IMP/EXP
**SAMSUNG AEROSP[illegible]E INDUSTRIES LTD**
42 Sonju-Dong, Changwon Shi
Ahn, Si-Hwan President
*Tel:* 821181 *Sales:* 204,940,000,000
*Telex:* K53805 *Empl:* 3,722
*SIC:* 38 61 37 21 37 24
Mfr Cameras, Aircraft Engines,

*D-U-N-S* 68-774-4037
**SAMSUNG CLARK CO LTD**
1 Kwyhyun-Dong Changwon-Si, Kyungnam
Kim, L. S. President
*Tel:* (0551) 882131 *Sales:* 80,815,000,000
*Telex:* K23278 *Empl:* 2,496
*Fax:* (0551) 881100
*SIC:* 37 11
Motor Vehicles

*D-U-N-S* 68-774-4474 IMP/EXP
**SAMSUNG CONSTRUCTION CO LTD**
Jungang Bldg 58-9 Sosomun-Dong, chung-Gu, Seoul
Park, Ki Suk President
*Tel:* (02) 7578877 *Sales:* 630,607,000,000
*Telex:* 23291 *Empl:* 1,899
*SIC:* 15 22 15 41 15 42
Gen Contractor

*D-U-N-S* 68-775-2438 EXP
**SAMSUNG CONSTRUCTION CO., LTD.**
Jungang Bldg, 58-9 Sosomun-Dong, Chung-Gu
Park Ki-Suk President
*Tel:* 7578877 *Sales:* 410,734,000,000
*Telex:* 23 *Empl:* 3,459
*SIC:* 15 21 15 41 16 29 16 11
General Contractor

*D-U-N-S* 68-774-7766 EXP
**SAMSUNG CORNING CO LTD**
472 Sin-Ri Taean-Up, Hwangsung-Gu, Kyonggi-Do
Han, Hyung Soo Executive Officer
*Tel:* 335588 *Sales:* 223,031,000,000
*Empl:* 2,448
*SIC:* 32 29
Mfr Glass Bulbs

*D-U-N-S* 68-777-1774 IMP/EXP
**SAMSUNG ELECTRO MECHANICS CO, LTD.**
314 Maetan-Dong, Suwon-Si
Suh Joo In President
*Tel:* 335511 *Sales:* 335,417,000,000
*Telex:* 23 *Empl:* 8,700
*SIC:* 36 74 36 75 36 79 36 78
Mfr Electronic Parts

*D-U-N-S* 68-775-0838 EXP
**SAMSUNG ELECTRON DEVICES CO LTD**
120 2-Ga Taepyong-Ro, Chung-Gu, Seoul
Kim, Jung Bae Chief Executive
*Tel:* (02) 7552333 *Sales:* 607,683,000,000
*Telex:* 22596 *Empl:* 10,735
*SIC:* 36 71 36 74 36 75
Mfr Tv Tubes Diodes & Display Monitors

*D-U-N-S* 68-774-3583 EXP
**SAMSUNG ELECTRONICS CO LTD**
416 Maetan-Dong, Suwon-Shi, Kyongai-Do
Kang, Jin Koo President
*Tel:* (0331) 301114 *Sales:* 3,028,252,000,000
*Telex:* K24590 *Empl:* 38,295
*SIC:* 36 32 36 51
Mfr Tv Sets, Rofrig, Radio

*D-U-N-S* 68-774-7824 EXP
**SAMSUNG PETROCHEMICAL CO., LTD.**
500 Pugok-Dong Ulsan-Shi, Kyongsangnam-Do
Sohn Yung-Hi President
*Tel:* 738101 *Sales:* 250,200,000,000
*Telex:* 2 *Empl:* 550
*SIC:* 28 99
Mfr Acid

*D-U-N-S* 68-776-7277
**SAMSUNG PUBLISHING CO. LTD.**
413-7 Kwanchul-Dong Jongro-Ku, Seoul
Kim Bogn-Kyu Executive Officer
*Tel:* 8533201 *Sales:* 7,108,031,000
*Empl:* 220
*SIC:* 27 21
Publishers

*D-U-N-S* 68-774-9135
**SAMSUNG RADIATOR IND CO., LTD.**
A-2 Ind Complex 456-4 Nae-Dong, Changwon-Shi
Ko Jin-Kyu President
*Tel:* 820031 *Sales:* 12,883,000,000
*Telex:* 24430 *Empl:* 462
*SIC:* 37 14
Mfr Radiators, Cores, Etc

*D-U-N-S* 68-776-0447 IMP/EXP
**SAMSUNG SHIPBUILDING & HEAVY INDUSTRIES CO LTD**
120 2-Ga Taepyongno Chung-Gu, Seoul
Choi, Gwan Shik President
*Tel:* (2) 7286114 *Sales:* 900,000,000,000
*Telex:* 23726 *Empl:* 8,000
*SIC:* 34 41 35 23 35 36 37 31
Mfr Steel Structures

*D-U-N-S* 68-780-1720
**SAMWANG CO., LTD.**
290-22 Daehwa-Dong Daedeok-[illegible]
Kim Park
*Tel:* ( 042) 6250909
*SIC:* 34 23 35 46 51 37
Mfr Hand Tools,

*D-U-N-S* 68-784-0165
**SAMWHAN CORPORATION**
98-5 Unni-Dong Chongno-Gu, Se[illegible]
Chol, Jong Hwan
*Tel:* (02) 7647111
*Fax:* (02) 7421649
*SIC:* 15 21 15 41 16 11
General Contractor

*D-U-N-S* 68-777-7862
**SAMYANG CHEMICAL CO LT[illegible]**
408-6 Mocknai-Dong, Ansanshi
Park Woo-Yang
*Tel:* ( 0334) 4917821
*Telex:* 32160
*SIC:* 30 89 37 14
Mfr Polyurethane Soles

*D-U-N-S* 68-779-8165
**SAMYANG FOODS CO. LTD.**
51-1 Socsong-Dong Chongno-Gu,
Chun Ung-Jin
*Tel:* 7358951
*Telex:* 23275
*SIC:* 20 96 20 33 20 35
Mfr Exp Snacks, Noodles,

*D-U-N-S* 68-784-4001
**SAMYANG INTERNATIONAL C[illegible]**
3fl/6fl Peres Bldg 222, 3-Ga Chung[illegible]
Hu Kwang Soo
*Tel:* 3123180
*Telex:* 28810
*SIC:* 51 94
Exp Whl Agt Cigarettes

*D-U-N-S* 68-774-4029
**SAMYANG OIL CO LTD**
104-78 Younghwa-Dong Suwon-Si,
Park, H. D.
*Tel:* (0331) 4390018
*Fax:* (0331) 439009
*SIC:* 51 72
General Wholesale Trade

*D-U-N-S* 68-775-4127
**SAMYANG OPTICAL IND CO LT[illegible]**
974-6 Yangdok-Dong, Mansan-Shi
Hong, Joon Yong
*Tel:* (93) 5671
*SIC:* 38 61
Mfr Cameras Lenses, Cameras

*D-U-N-S* 68-775-6080
**SAMYANG PAPER MANUFACTU[illegible]**
759 Yegok-Ri Chilwon-Myon, Haman-
Lee Jung-Kyung
*Tel:* (87) 112214
*SIC:* 26 21 26 31
Mfr Paper Pdts

*D-U-N-S* 68-775-2543
**SAMYANG TONG SANG CO., LTD**
70-5 Taepyungno 2-Ga, Chung-Gu
Hur Nam-Gak
*Tel:* 7788410
*Telex:* 26
*SIC:* 31 49 30 21 39 49 51 9[illegible]
Mfr Sporting Goods, Impt, Whl,

*D-U-N-S* 68-777-0297
**SAN JIN TRADING CO., LTD.**
1140-38 Chegi-Dong, Tongdaemun-Gu,
Kang Chong-Hyun
*Tel:* 9615501
*SIC:* 51 46 51 42 51 49 50 3[illegible]
Exp Food Pdts Exp, Agt Windows

*D-U-N-S* 68-778-9347
**SAN WOO INDUSTRIAL CO., LTD**
902-6 Sinjeang Dong Kangseo, Gu, Se[illegible]
Bang Hyo Sung
*Tel:* 6910161
*Telex:* 23865
*SIC:* 31 11 31 71
Mfr, Exp Handbags

*D-U-N-S* 68-774-0316
**SANG IL CO LTD**
217-2 Shihung-Dong, Songnam-Shi
Yoon, Suk Gu
*Tel:* 25801
*SIC:* 25 21 25 22 25 11 25 31
Mfr Furniture

IINERY CO. LTD.
llago Wu Fong Hsiang, Taichung 634
O., LTD.
3ong Youngdungpo-Gu, Seoul, 498
LTD.
l, Korea, R.O. 496
D
langsan Gun, Korea, R.O. 496
ACTURING CO.LTD
-Noi District, Samut Bakhom, 665
LTD.
ng-Gu, Seoul, Korea, R.O. 498
, LTD.
n, Paju-Gun, Korea, R.O. 498
30-21, Korea, R.O. 496
D.
l, Taiwan, R.O.C. 634
3u, Seoul, Korea, R.O. 498
Inchon, Korea, R.O. 498
LTD.
Seoul, Korea, R.O. 498
LTD.
Seoul, Korea, R.O. 498
3u Seoul, Korea, R.O. 498
HANICS COLTD
Suwon-Si Kyungki, Korea, 496
AL IND CO LTD
l, Seoul, Korea, R.O. 498
l, Korea, R.O. 498
D.
, Seoul, Korea, R.O. 498
LTD.
l, Pusan, Korea, R.O. 498
D.
-Guu, Seoul, Korea, R.O. 496
LTD.
-Gu, Pusan City, Korea, 496
CO LTD
orea, R.O. 498
D.
l, Korea, R.O. 498
TD
Seoul, Korea, R.O. 498
oul, Korea, R.O. 498
O.LTD
u, Korea, R.O. 498
u, Korea, R.O. 498
ERY CO. LTD.
l, Korea, R.O. 499
ngdungpo Po, Seoul, Korea, 499
LTD.
Seoul, Korea, R.O. 499
CO. LTD
n Si, Korea, R.O. 499
TD.
n Hae-Kun, Korea, R.O. 499
D.
oul, Korea, R.O. 499
ND CO. LTD.
Seoul, Korea, R.O. 499
ochon-Shi, Korea, R.O. 499
Kyonggi-Do, Seoul, Korea, 499
l, Singapore 1750, 594
D
mpang, Kuala Lumpur, 528
ES CO LTD
0, Japan 380
iu, Korea, R.O. 499
.TD
Japan 380
D IND. CO., LTD.
chon-Shi, Korea, R.O. 499
an City, Korea, R.O. 499
CO., LTD
, Korea, R.O. 499
al 590, Japan 380

**SAMBU CONSTRUCTION CO LTD**
9-1 Namchang-Dong Chung-Gu, Korea 499

**SAMCHOK CONSOLIDATED COAL MINING CO LTD**
7th Floor Samchoonri Bldg 35-6, yeoeuido-Dong Yeongdeungpo-Gu, Korea, R.O. 499

**SAMCHULLY BICYCLE INDUSTRIAL CO., LTD.**
514-5 Shihung-Dong Kuro-Gu, Seoul, Korea, R.O. 499

**SAMCHULLY CO LTD**
35-6 Yeoeuido-Dong, Yeongdeungpo-Gu, Korea, R.O. 499

**SAMCHULLY HOUSING CO., LTD.**
1022-7 Pangbai-Dong Seocho-Gu, Seoul, Korea, R.O. 499

**SAMCHULLY MACHINE IND. CO. LTD.**
244-2 Yeomchang Dong Yong, Dung Po Gu, Seoul, Korea, R.O. 499

**SAMDO CORPORATION**
14-11 Yeouido-Dong, Youngduongpo-Gu, Korea, R.O. 499

**SAMDO TRADING CO LTD**
12-1 Yoido-Dong Yongdungpo-Gu, Seoul, Korea, R.O. 499

**SAMDOOR P/L**
60 Ferry Rd, West End, Qld 4101, Australia 76

**SAMEK LTD.**
3/F No 12 Lane 145 Tun Hua N. Rd, Taipei, Taiwan, R.O.C. 634

**SAMHO INTERNATIONAL CO LTD**
757-1 Bangbae-Dong Kangnam-Gu, Seoul, Korea, R.O. 499

**SAMHO MOOLSAN CO. LTD.**
No 303 Taesang Bldg 60-17, 1-Ga Taepyong-Ro, Seoul, Korea, R.O. 499

**SAMHWA CO LTD**
1290 Bumchun-Dong Pusanjin-Gu, Pusan, Korea, R.O. 499

**SAMHWA CROWN CORK CO. LTD.**
126-1 Pyungchang-Dong, Anyang-Si, Kyongki-Do, Korea, R.O. 499

**SAMICK FURNITURE CO. LTD.**
180-103 Kajwa-Dong Puk-Gu, Inchon City, Korea, R.O. 499

**SAMICK IND. CO., LTD.**
750 Chimsan Dong Puk Gu, Taegu City, Korea, R.O. 499

**SAMICK MUSICAL INSTRUMENTS MFGCO LTD**
316-48 Hyosong-Dong Puk-Gu, Inchon, Korea, R.O. 499

**SAMIL KONGSA CO. LTD.**
656-283 1-Ga Songsu-Dong, Ssong Dong-Gu, Korea, R.O. 499

**SAMIL PHARMACEUTICAL CO., LTD.**
27-8 Jamwon-Dong Seocho-Ku, Seoul 137-703, Korea, R.O. 499

**SAMIL SPINNING CO LTD**
2-1 Gayang-Dong Chinyang-Myon, Kyongsan-Gun, Kyongbuk Do, Korea, R.O. 499

**SAMIL TEXTILE CO LTD**
2-1 Kaya-Dong Chimryang-Myeon, Kyeongsan-Gun Kyeongbuk, Korea, R.O. 499

**SAMJI TRADING CO LTD.**
1443-16 Seocho-Dong, Seocho-Gu, Korea, R.O. 499

**SAMJUNG CO LTD**
Rm 302 Seowoo Bldg 637-12, Yeoksam-Dong Kangnam-Gu, Seoul, Korea, R.O. 499

**SAMJUNG TRADING CO., LTD.**
197-28 Kuro-Dong Kuro-Gu, Seoul, Korea, R.O. 499

**SAMLIP FOODS INDUSTRIAL CO LTD**
153-3 Karibong-Dong Kuro-Gu, Seoul, Korea, R.O. 499

**SAMLIP INDUSTRIAL CO., LTD.**
236-3 3-Ga Nowon-Dong, Buk-Gu, Daegu, Korea, R.O. 500

**SAMMI CORP.**
935-34 Bangbae-Dong, Seocho-Ku, Seoul 137-06, Korea, R.O. 500

**SAMMI CORPORATION**
935-34 Bangbae-Dong, Socho-Gu, Korea, R.O. 500

**SAMMI ENTEPPRISE CO. LTD.**
231-1 2-Ga Songsu-Dong, SongdongOgu, Seoul, Korea, R.O. 500

**SAMMI METAL PRODUCTS CO., LTD.**
523 Yonduk-Dong, Changwon Si, Korea, R.O. 500

**SAMMI STEEL CO LTD**
3/F Sammi Bldg 935-34, Pangbae-Dong Seocho-Gu, Seoul, Korea, R.O. 500

**SAMMI STEEL CO., LTD.**
3fl Sammi Bldg 935-34 Pangbae, Dong Kangnam Gu, Seoul, Korea, R.O. 500

**SAMMO CORP.**
82-2 Shillim-Dong Kwanak Gu, Seoul, Korea, R.O. 500

**SAMPA KOGYO CO LTD**
40 Kamomecho Naka-Ku, Yokohama 231, Japan 380

**SAMPAGUITA GARMENT CORPORATION**
50 D Arellano St Makati Commercial Center, Caloocan City, Philippines 673

**SAMPLE PLASTICS (M) SDN BHD**
10 Jalan Semtena, 80250 Johorsection-16, 80250 Johor Bahru, Malaysia 528

**SAMPLE PLASTICS L P**
50/4 Rachadapisek Rd, (Near Soi Chalermsuk), Ladyao, Bangkhen 10900, Thailand 665

**SAMPLE PLASTICS PTE LTD**
1a Ardmore Park # 18-02, Ardmore Point, Singapore 6082, Singapore 594

**SAMPO CORP**
21 217 Nanking E Rd Sec 3, Taipei, Taiwan, R.O.C. 634

**SAMPOONG CO., LTD.**
199 Anyang-Dong Anyang-Shi, Kyonggi-Do, Kyonggi-Do, Korea, R.O. 500

**SAMPOONG PAPER MFG CO., LTD.**
224 Chang-Dong Tobong-Gu, Seoul, Korea, R.O. 500

**SAMSON CORP.**
826-21 Chung Hap Bldg, Yuksam-Dong Kangnam-Gu, Seoul, Korea, R.O. 500

**SAMSON PAPER CO LTD**
4/F Seapower Ind Bldg, 177 Hoi Bun Rd, Kwun Tong, Hong Kong 127

**SAMSUN CORPORATION**
605 Lee Ma Bldg 146-1, Susong-Dong Chongno-Gu, Seoul, Korea, R.O. 500

**SAMSUNG AEROSPACE INDUSTRIES LTD**
42 Sonju-Dong, Changwon Shi, Korea, R.O. 500

**SAMSUNG CLARK CO LTD**
1 Kwyhyun-Dong Changwon-Si, Kyungnam, Korea, R.O. 500

**SAMSUNG CONSTRUCTION CO LTD**
Jungang Bldg 58-9 Sosomun-Dong, chung-Gu, Seoul, Korea, R.O. 500

**SAMSUNG CONSTRUCTION CO., LTD.**
Jungang Bldg, 58-9 Sosomun-Dong, Chung-Gu, Korea, R.O. 500

**SAMSUNG CORNING CO LTD**
472 Sin-Ri Tasan-Up, Hwangsung-Gu, Kyonggi-Do, Korea, R.O. 500

**SAMSUNG ELECTRO MECHANICS CO, LTD.**
314 Maetan-Dong, Suwon-Si, Korea, R.O. 500

**SAMSUNG ELECTRON DEVICES CO LTD**
120 2-Ga Taepyong-Ro, Chung-Gu, Seoul, Korea, R.O. 500

**SAMSUNG ELECTRONICS CO LTD**
24/F & 32/F Admiralty Ctr, Tower 1 18 Harcourt Rd, Wan Chai, Hong Kong 127

**SAMSUNG ELECTRONICS CO LTD**
416 Maetan-Dong, Suwon-Shi, Kyongki-Do, Korea, R.O. 500

**SAMSUNG JAPAN CO. LTD.**
Kasumigaseki Bldg 3-2-5, Kasumigaseki Chiyoda, Tokyo 100, Japan 380

**SAMSUNG MOOLSAN (HK) LTD**
24/F Admiralty Ctr Tower 1, 18 Harcourt Rd, Central District, Hong Kong 127

**SAMSUNG PETROCHEMICAL CO., LTD.**
600 Pugok-Dong Ulsan-Shi, Kyongsangnam-Do, Korea, R.O. 500

**SAMSUNG PUBLISHING CO. LTD.**
413-7 Kwanchul-Dong Jongro-Ku, Seoul, Korea, R.O. 500

**SAMSUNG RADIATOR IND CO., LTD.**
A-2 Ind Complex 456-4 Nae-Dong, Changwon-Shi, Korea, R.O. 500

**SAMSUNG SHIPBUILDING & HEAVY INDUSTRIES CO LTD**
120 2-Ga Taepyongno Chung-Gu, Seoul, Korea, R.O. 500

**SAMSUNG SINGAPORE PTE LTD**
10 Collyer Quay # 14-01, Ocean Building, Singapore 0104, Singapore 594

**SAMTEL INDIA LTD**
50-51 Community Ctr, New Friends Colony, New Delhi 110065, India 162

**SAMUEL TAYLOR PRODUCTS P/L**
33 Hope St, Ermington, NSW 2115, Australia 76

**SAMWANG CO., LTD.**
290-22 Daehwa-Dong Daedeok-Gu, Daejeon, Korea, R.O. 500

**SAMWHAN CORPORATION**
96-5 Unni-Dong Chongno-Gu, Seoul, Korea, R.O. 500

**SAMYANG CHEMICAL CO LTD**
408-6 Mocknai-Dong, Ansanshi, Korea, R.O. 500

**SAMYANG FOODS CO. LTD.**
51-1 Soosong-Dong Chongno-Gu, Seoul, Korea, R.O. 500

**SAMYANG INTERNATIONAL CO. LTD.**
130/6fl Peres Bldg 222, 3-Ga Chungjeong-Ro Seodaemun, seoul, Korea, R.O. 500

**SAMYANG OIL CO LTD**
104-78 Younghwa-Dong Sunwon-Si, kyungki, Korea, R.O. 500

**SAMYANG OPTICAL IND CO LTD**
974-6 Yangdok-Dong, Mansan-Shi, Korea, R.O. 500

**SAMYANG PAPER MANUFACTURING COLTD**
759 Yegok-Ri Chilwon-Myon, Haman-Gun, Korea, R.O. 500

**SAMYANG TONG SANG CO., LTD.**
70-5 Taepyungno 2-Ga, Chung-Gu, Korea, R.O. 500

**SAN A ENTERPRISE CO., LTD.**
89-20 Taichung Kang Rd Sec, 3, Taichung, Taiwan, R.O.C. 634

**SAN CHU INDUSTRY CO., LTD.**
No 16-2 Tong 3 Street Nan, Tzu Export Processing Zone, Kaohsiung, Taiwan, R.O.C. 634

**SAN EI CHEMICAL INDUSTRIES LTD.**
1-11 Sanwacho 1-Chome, Toyonaka 561, Japan 380

**SAN ENGINEERING AND LOCOMOTIVE COMPANY LIMITED**
Whitefield Rd P O Box 4802, Bangalore, Karnataka State 560048, India 162

**SAN ESU INC**
2-17 Kahei 3-Chome Adachi-Ku, Tokyo 121, Japan 380

**SAN FANG CHEMICAL INDUSTRY CO., LTD.**
No 120 Tong Hwa St, Kaohsiung, Taiwan, R.O.C. 634

**SAN FOO TRADING CO LTD**
890 Chung Cheng Rd, Chiayi, Taiwan, R.O.C. 634

**SAN FU CHEMICAL CO LTD**
5f # 21 Chung Shan N Rd Sec 2, Taipei, Taiwan, R.O.C. 634

**SAN GUANG ELECTRONICS CO. LTD.**
7-1 Chung Hwa Road, Hsinchu City, Taiwan, R.O.C. 634

**SAN JIN TRADING CO., LTD.**
1140-36 Chegi-Dong, Tongdaemun-Gu, Seoul, Korea, R.O. 500

**SAN KEI KORAKU, Y.K.**
3-1-10 Kamido, Morioka 020, Japan 381

**SAN MIC TRADING CO LTD**
Kamakuragashi Bldg 2-1, Uchikanda 2-C
Tokyo 101, Japan

**SAN MIGUEL BREWERY LTD**
13 Miles Castle Peak Rd, Sham Tseng, Kong

**SAN MIGUEL CORPORATION**
40 San Miguel Ave, Mandaluyong 1501,

**SAN MIGUEL PACKAGING PRODU**
Smpp Center Bldg Alvarado St, Legaspi Philippines

**SAN MIN BOOK CO LTD**
31 # 61 Chung King S Road, Sec 1, Tai

**SAN PABLO MANUFACTURING CC**
9th Flr Producers Bank Bldg, Makati Av Manila, Philippines

**SAN SHIAH ENTERPRISE CO., LTC**
11/F # 61 Chung Cheng 3 Rd Rd, Kac R.O.C.

**SAN SHING HARDWARE WORKS (**
68 Min Tsu Road, Kuei Jen Hsiang, Tai

**SAN SHING SPINNING CO. LTD.**
No 711 Chung Cheng North, Road Yun Hsien, Taiwan, R.O.C.

**SAN SUN HAT & CAP CO. LTD.**
1-3 Chung Yang N Rd, Chingshui, Taiw

**SAN TAI ELECTRICAL CO LTD**
Whole Bldg San Tai Indl Bldg, 4 Tai Yi Kong

**SAN TEH RUBBER INDUSTRY CO**
100 Eunos Ave 7 # 04-00, San Teh Inc 1440, Singapore

**SAN WOO INDUSTRIAL CO., LTD**
902-6 Sinjeong Dong Kangseo, Gu, Se

**SAN WU TEXTILE CO., LTD.**
No 106 Cheng Mei Rd Sec 2, Homei, T

**SAN YANG INDUSTRY CO LTD**
No 124 Hsin Min Road Nei Hu, Taipei,

**SAN YANG LONG ENTERPRISE C**
No 117 Min Sheng Road, Tayuan, Taiw

**SAN YANG METAL INDUSTRIAL C**
31-2 33 Fu Hsing N Rd, Taipei, Taiwan,

**SAN YUAN INDUSTRIAL CORP.**
8/F No 71 Sun Chieng Rd, Taipei, Taiw

**SAN YUEH TEXTILE CO.LTD.**
82 San Yueh St Pu Lun Tsun, Hsiu Sh Taiwan, R.O.C.

**SAN ZHEN INDUSTRY CO., LTD.**
6/F No 261 Sung Chiang Rd, Taipei C

**SAN'S CLOTHING FTY LTD**
10/F Winner Bldg, 8 Yuk Yat St, To K

**SAN-AI CHEMICAL INDUSTRIES L**
21-5 Sugamo 1-Chome, Toshima-Ku, 1

**SAN-ESU, KK**
741-1 Kannabecho, Kawaminami, Fuk Japan

**SAN-ETSU METAL INDUSTRIES L**
4-1 Yoshihisa 1-Chome, Takaoka 933,

**SAN-IN CHUO TELEVISION BROA**
721 Nishikawazucho, Matsue 690, Jap

**SAN-IN GODO BANK LTD, THE**
18 Shirakata Honmachi, Matsue 690, .

**SANAI CO. LTD.**
6-8-1 Ginza Chuo-Ku, Tokyo 104, Jap

**SANAI, K.K.**
23-23 Takajo 2-Chome, Shizuoka 420,

**SANCELLA P/L**
15 Ellingworth Pde, Box Hill, Vic 3128,

**SANCH INTERNATIONAL CO LTD**
7/F No 309 Fu Hsin N Rd, Taipei, Tai

**SANCHU INDUSTRY CO. LTD.**
No 16-2 East 3rd St Mantzee, Export I Kaohsiung, Taiwan, R.O.C.

**SAND AND SOIL (BANGKOK) CO**
44/3 Moo 3 Sukhumvit 105, Soi Lasal Thailand

**SANDA CONSTRUCTION CORP**
7/F-2 # 2 Cheng Kung Rd Sec 2, Tai

**SANDEN CO. LTD.**
31-7 Taito 1-Chome Taito-Ku, Tokyo 1

**SANDEN CORP**
20 Kotobuki-Cho, Isesaki 372, Japan

**SANDEN INT'L CORP**
Sanden Bldg 31-7 Taito, 1-Chome Tai Japan

**SANDEN INTERNATIONAL (SING.**
Sanden House 25 Ang Mo Kio, St 65 2056, Singapore

**SANDFORD (SOUTH ISLAND) LIM**
Hall Street, North Mole, Timaru, New

**SANDHURST TRADING CO P/L**
93 Bannister St, Bendigo, Vic 3550, A

**SANDOZ (PAKISTAN) LIMITED**
5 & 6 Flr Baharia Complex, 24 M T K 74000, Pakistan

**SANDOZ AUSTRALIA P/L**
54 Waterloo Rd, North Ryde, NSW 2

**SANDOZ INDIA LTD**
Sandoz House Dr Annie Besant, Roa 4000, India



GW0000003855