# EXHIBIT G




RECEIVED
MAY 14 1992
WANG PATENT GROUP

**GoldStar**
GOLDSTAR ELECTRON CO., LTD.
16, Woomyeon-Dong, Seocho-Gu, Seoul 137-140, Korea
PHONE:(02)575-5811 FAX:(02)575-4555 TLX:GSCHL K22789

## FACSIMILE MESSAGE

TO       : Mr. Michael H. Shanahan
           Chief Counsel, Wang
FROM     : JeongHwan Lee
SUBJECT  : Approval of Agreement

No. of Pages : 1
Fax. No.     : 508-967-3930
Date         : May 15, 1992

Dear Mr. Shanahan :

Thanks for your fax of May 14, 1992.

I was informed that Korean Government approved our agreement on May 12. Immediately after the approved agreement is delivered to me from Korean Government, I will procede the next necessary procedure of confirmation of tax amount and remittance.

I will do my best to remit the royalty before the end of May.

Very truly yours,

*[signature]*

JeongHwan Lee
General Manager of Patent Dept.
Goldstar Electron Co. Ltd.

C.C : Roger S. Borovoy, Esq.

EXHIBIT
11
SV 9/88/03

TOTAL P.01

GW0000001250