# EXHIBIT H

MAY-15-92 FRI 8:52        P.02
MAY 15 '92 19:02 TO:90X 023836618    FROM:          T-112 P.02



RECEIVED
MAY 15 1992
WANG PATENT GROUP

9. 10TH FL SAMSUNG MAIN BLDG.
250-2-KA, TAEPYUNG-RO, CHUNG-KU,
SEOUL, KOREA
O.P.O. BOX 8780, TLX:KORBST K27870
FAX:753-0067,8    TEL:727-7038
727-7028

VIA FACSIMILE AND EXPRESS MAIL

May 15, 1992

Thomas J. Scott, Jr.
HOWREY & SIMON
1730 Pennsylvania Avenue, N.W.
Washington, D.C 20006-4793
U.S.A.

EXHIBIT 7
SVP 9/28/05

Dear Mr. Scott:

This is in reply to your letter of May 13, 1992 requesting the status of Korean government approval on our Patent License Agreement.

We are glad to inform you that we obtained the government approval on May 12, 1992. In reply to your payment request, as you know, the governmental review process has not been under our control. Accordingly, we will abide by the provisions in our Agreement.

If you have any questions, please feel free to contact me.

Very truly yours,

Gwangho Kim
Legal Counsel

cc : Michael H. Sanahan, Esq. (by fax)

MAY-15-92 FRI 8:51                                                                P.01

# HOWREY & SIMON

1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4793
(202) 783-0800

### FACSIMILE COVER SHEET

FACSIMILE NUMBERS:
(202) 383-6610    (202) 383-6575    (202) 383-7151    (202) 383-7455

DATE:   May 15, 1992

TO:
  Name:        Michael H. Shanahan, Esq.
  Company:     Wang Laboratories, Inc.
  City/State:  Lowell, MA
  Fax No:      (508) 967-3930

FROM:
  Name:        Thomas J. Scott, Jr.

NUMBER OF PAGES, INCLUDING COVER:  2

TELEPHONE CONFIRMATION NUMBER:

SUPPLEMENTAL MESSAGE:

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

If there are any questions or problems with the transmission of this facsimile, please call (202) 383-7137.

GW0000001655