# EXHIBIT I

08-11-93  17:07                                                      ☒ 002/003

**WANG LABORATORIES, INC.** ONE INDUSTRIAL AVENUE, LOWELL, MA 01851 • TEL: 508/459-5000  TELEX: 172108

VIA FACSIMILE 011-82-2-733-2145
AND DHL COURIER



August 11, 1993

EXHIBIT
23
SYP  9/28/05

D.S. Chung
Senior Manager Patent Department
Hyundai Electronics Industries Co., Ltd.
66 Chuckseon-Dong, Chongro-Ku
Seoul, Korea

RE:  SIMM Technology Patent License Agreement between Wang Laboratories, Inc.
     and Hyundai Electronics Industries Co., Ltd. dated June 21, 1993

Dear Mr. Chung:

Thank you for your facsimile letter of today's date informing Wang that you received the Korean Government's approval on August 6, 1993 for the above referenced agreement. Please forward a fully executed original agreement to me as soon as possible.

As requested, enclosed is an original invoice, signed by Mr. Buckingham on behalf of Wang Laboratories, Inc., which provides the wire transfer instructions needed to ensure the timely remittance of the payments required in Sections 5.1 and 5.2 of the agreement.

                                             Yours truly,

                                             Maggie Fernandes
                                             Wang Laboratories, Inc.

Enclosure

HYN 000048