# EXHIBIT J

**WANG LABORATORIES, INC.**
**SIMM WITHHOLDING TAX**
*Privileged and Confidential*

| KOREA | | | | | | |
|---|---|---|---|---|---|---|
| | PERIOD | TAX W/H PAYMENT DATE | ROYALTY U.S. $ | EXCHANGE RATE DATE OF WITHHOLDING | WITH/H TAX U.S. $ | CURRENT EXCHANGE RATE |
| GOLDSTAR | | | | | | |
| | 01/92-03/92 | 05/27/92 | $1,250,000 | $ 764.00 | $ 201,563 | $ 762 |
| | 04/92-06/92 | 09/28/92 | $ 821,790 | $ 771.00 | $ 132,513 | $ 762 |
| | 07/92-12/92 | 03/02/93 | $1,314,772 | $ 777.50 | $ 212,006 | $ 762 |
| TOTAL | | | $3,386,562 | | $ 546,082 | |
| ***NAME CHANGE 2/95 LG SEMICON CO., Ltd. | | | | | | |

SIMTAX2.XLS
sjw

5/14/96

GW0000001705

Appendix Korea

| Year | Licensee | Date of Payment | Amount Withheld in US Dollars | KW at Date of Withholding | KW at Current Exchange Rate |
|---|---|---|---|---|---|
| 1996 | LG Semicon Co., Ltd. | 11/15/96 | $94,875 | 77,181,761 | 80,402,542 |
| 1977 | LG Semicon Co., Ltd. | 1/20/97 | $82,500 | 68,159,850 | 69,915,254 |
|  | LG Semicon Co., Ltd. | 1/20/97 | $121 | 100,199 | 102,780 |
|  |  |  | $177,496 | 145,441,810 | 150,420,576 |

Update
5/30/97

GW0000000387