# EXHIBIT K

No 19785

For ILLustration Only

[Form 1]

| Application for Certification of Tax Paid(or Due) on Korean Source Income of Nonresidents || Period of Proces |
|---|---|
| || Immediately ( 7 days ) |

| ① Payer | ② Name | ColdStar Electron Co.,Ltd | ③ Bus.(President Registration No. | 214-85-00659 |
|---|---|---|---|---|
| | ④ Adres | 16 Woomyeon-Dong Seoch-Gu Seoul, KOREA | ⑤ Phone Number | 576-7000 |
| ⑥ Recipient | ⑦ Name | WANG LABORATORIES INC. | ⑧ Resident Country | U.S.A. |
| | ⑨ Adress | ONE INDUSTRIAL AVENUE LOWELL, MASSACHUSETTS 101851 U.S.A. | | |

| ⑩ Tax Computation | ⑪ Kind of Income | ⑫ Date of Payment | ⑬ Taxable or Exempt | ⑭ Tax Base | ⑮ Tax Rate | Tax Calculated | Tax Reduced or Exempt | Tax Paid (Due) | Paid or N |
|---|---|---|---|---|---|---|---|---|---|
| | ROYALTY | '92. 9.28 | | US$ 821,789.55 | 16.125% | US$ 132,513 | | US$123,268(15% US$ 9,245(7.5% | Not |

I hereby request that you certfy the taix paid, due or exempt on the Korean source income of a nonresident or foreign corporation is as above.

Yr 1992  Mon 9  Day 23

서울特別市 瑞草區 牛眠洞 16番地

Applicant  金星일렉트론株式會社
代表理事
社長  文 正 煥

To Director of _____ District Tax Office

Attachment:
1. A copy of the document certifying the resident country of the recipient
2. A copy of Notice of Approval and a copy of contract
3. Document showing computation of tax reduced or exempt by foreign investor and by year in which income accrued (in case dividend entitled to tax reduction or exemption is paid)
4. A copy of the tax receipt (in case the tax has been paid)
5. Supporting documents for exemption

The Korean Tax Authority undersigned certifies that the above statement is true and corect.



상기와 상위없음 증명
1992. 9. 24

Mo    Day

Director of _____ District Tax Office