# EXHIBIT L

## Application for Certification of Tax Paid(or Due) on Korean Source Income of Nonresidents

Period of Process: Immediately (7 days)

| ① Payer | ② Name | LG Semicon Co., Ltd. | ③ Business Registration No. | 214-85-00659 |
|---|---|---|---|---|
| | ④ Address | 16 Woomyeon-Dong Seocho-Gu Seoul, Korea | ⑤ Phone No. | 526-4028 |
| ⑥ Recipient | ⑦ Name | Wang Laboratories, Inc | ⑧ Resident Country | U.S.A. |
| | ⑨ Address | One Industrial Avenue Lowell, Massachusetts 01851 | | |

| ⑩ Tax Computation | ⑪ Kind of Icome | ⑫ Date of Payment | ⑬ Taxable or Exempt | ⑭ Tax Base | ⑮ Tax Rate | 16. Tax Calculated | 17. Tax Reduced or Exempt | 18. Tax Paid (Due) | 19. Paid or Not |
|---|---|---|---|---|---|---|---|---|---|
| | Patent Royalty | 96. 1.20. | Taxable | US$735.00 | 16.5% | $121.28 | 0.00 | $110.25(Incom Tax $ 11.03 (SurTax) | Not |

I hearby request that you certyfy the tax paid, due or exempt on the Korean source income of a nonresident or foreign corporation is as above.

1996. 12.

Applicant

To Director of Yang Jea District Tax Office

LG SEMICON CO., LTD.
CHUNG HWAN MUN, VICE-CHAIRMAN

Attachment : 1. A copy of the document certifying the resident country of the recipient

2. A copy of Notice of Approval and a copy of contract

3. Document Showing computation of tax reduced or exempt by foreign investor and by year in which income accrued(in case dividend entitled to tax reduction or exemption is paid)

4. A copy of the tax receipt (in case the tax has been paid)

5. Supporting documents for exemption

The Korean tax Authority undersigned certifies that the above statement is true and Corect.

1996. 12.

To Director of Yang Jea District Tax Office

GW0000000517