# EXHIBIT N

SIMTAX1.XLS
10/18/95

# WANG LABORATORIES, INC.
## SIMM WITHOLDING TAX

| | KOREA | | | | | |
|---|---|---|---|---|---|---|
| | | | ROYALTY | | WITH/H TAX | |
| | | PERIOD | LOCAL CURR. | U.S. $ | LOCAL CURR. | U.S. $ |
| | SAMSUNG | | | | | |
| 1 | | 1/95-6/95 | | $ 157,126.13 | | $ 25,336.00 |
| 2 | | 1/95-6/95 | | $ 224,384.00 | | $ 36,182.00 |
| 3 | | 6/94-2/94 | | $ 97,810.00 | | $ 15,771.00 |
| 4 | | 1/94-6/94 | | $ 97,929.10 | | $ 15,791.07 |
| 5 | | 6/93-12/93 | | $ 150,228.12 | | $ 24,224.28 |
| 6 | | 1/93-6/93 | | $ 653,926.02 | | $ 105,445.57 |
| 7 | | 7/92-12/92 | | $ 1,064,047.76 | | $ 171,577.70 |
| 8 | | 1/1/92-6/92 | | $ 1,217,079.20 | | $ 196,254.02 |
| 9 | | 8/90-12/91 | | $ 2,543,932.00 | | $ 410,210.00 |
| | TOTAL | | | $ 6,206,462 | | $ 1,000,792 |

EXHIBIT
19
SGP 9/28/05

GW0000000701