# EXHIBIT O

3

| | | | | | | | Period of Process | |
|---|---|---|---|---|---|---|---|---|
| | | 비거주자등의 국내원천소득에 대한 납부(할)세액 확인 신청서 | | | | | Immediately (7 Days) | |
| | | Application for Certification of Tax Paid(or Due) on Korean Source Income of Nonresidents | | | | | | |
| (1) 지급자 Payer | (2) Name | 삼 성 전 자 주 식 회 사 ( Samsung Electronics Co., Ltd. ) | | | | (3) Business(Resident) Registration Number | | 135-85-00360 |
| | (4) Address | 경기도 용인군 기흥읍 농서리 산24 ( San #24 Nongsuh-Ri, Kiheung-Eub, Yongin-Gun, Kyungki-Do, Korea ) | | | | (5) Phone Number | | 727-7262 |
| (6) 지급받는자 Recipient | (7) Name | Wang Laboratories, Inc. | | | | (8) Resident Country | | U. S. A. |
| | (9) Address | One Industrial Avenue Lowell, Massachusetts 01851, U.S.A. | | | | | | |

| (10) 과세표준 및 세액 Tax Computation | (11) 소득구분 Kind of Income | (12) 지급일자 Date of Payment | (13) 과세여부 Taxable or Exempt | (14) 과세표준 Tax Base | (15) 세율 Tax Rate | (16) 산출세액 Tax Calculated | (17) 감면세액 Tax Reduced or Exempt | (18) 납부(할)세액 Tax Paid (Due) | (19) 납부여부 Paid or Not |
|---|---|---|---|---|---|---|---|---|---|
| | ROYALTY | '94.3.1 | Taxable | USD 150,228.12 | 16.125 % | USD 24,224.28 | USD | USD 24,224.28 | paid |

I hereby request that you certify the tax paid, due or exempt on the Korean source income of a nonresident or foreign corporation is as above.

Yr 1994  Mo 4  Day

Applicant  Kwangho Kim

To Director of  Dong-Suwon  District Tax Office

Attachment :  1. A copy of the document certifying the resident country of the recipient

2. A copy of Notice of Approval and a copy of contract

3. Document showing computation of tax reduced or exempt by foreign investor and by year in which income accrued (in case dividend entitled to tax reduction or exemption is paid)

4. A copy of the tax receipt (in case the tax has been paid)

5. Supporting documents for exemption

The Korean Tax Authority undersigned certifies that the above statement is true and correct.

1994 Yr    4    Mo

Director of  Dong-Suwon  District Tax Office

GW0000000629