# EXHIBIT P

WANG LABORATORIES, INC.
SIMM WITHHOLDING TAX
Priviledged and Confidential

| KOREA | | PAYMENT | ROYALTY | WITH/H TAX |
|---|---|---|---|---|
| HYUNDAI | PERIOD | DATE | U.S. $ | U.S. $ |
| 1 | 07/90-12/94 | | 800,000.00 | 129,000.00 |
| 2 Balance of payment rcv | 03/08-12/95 | | 3,987.00 | 642.90 |
| | 01/95-06/95 | | - | - |
| TOTAL | | | $ 803,987.00 | $ 129,642.90 |

EXHIBIT
26
SJP 9/28/05

SIMTAX5.XLS
sjw

3/5/96

GW0000001862