# EXHIBIT Q

(FORM 1)   ※ For Illustration Only

| Application For Certification Of Tax Paid (or Due) On Korean Source Income Of Nonresidents | | | | | | | Period Immediatly |
|---|---|---|---|---|---|---|---|
| ① Payer | ② Name | Hyundai Electronics Ind. Co. Ltd. | | ③ Business Registration Number | | 126-81-03725 | |
| | ④ Address | San 136-1, Ami-ri, Bubal-eub, Ichon-Kun Kyungi-do, Korea | | ⑤ Phone Number | | 741-0661 | |
| ⑥ Recipient | ⑦ Name | WANG | | ⑧ Resident Country | | U S A | |
| | ⑨ Address | 01851 MA, Lowell, One Industrial Avenue U.S.A | | | | | |
| ⑩ Tax Computation | ⑪ Kind Of Income | ⑫ Date Payment | ⑬ Tax or Exe | ⑭ Tax Base | ⑮ Tax Rate | 16) Tax Calculated | 17) Tax Reduced or Exe | 18) Tax Paid (Due) | 19) Paid or Not |
| | Royalty | 95.02 | Tax | $3,987.00 | 16.125% | $642.90 | - | $642.90 | To Pay |

I hereby request that you certify the tax liability on the amount to be remitted to the non-resident or foreign corporation is as above

                                    Yr       Mo       Day

                           Applicant: H.E.I Co, L

       To Director of Ichon District Tax Office

Attachment : 1. A copy of the document certifying the resident country of payee.
   2. A copy of Notice of the government's certificate and/or the contract on which the payment is based. (not required when no change has been made to the contract already presented)
   3. In case of dividend, financial statements of the paying corporation and the documents showing the computation of tax reduction for each year the dividend is sourced.
   4. A copy of the tax receipt (in case the tax has been been paid)
   5. In case the amount is non-taxable in korea, documents evidencing the conformity to the relevant provisions of the law.

I hereby certify that the avove compuation of tax liability is correct provided that the documents submitted by the applicant are true and reflect all the relevant facts and circumstances.

                              Yr             Mo           Day

                   Director of  Ichon    District Tax Office