# EXHIBIT R

# KIM & CHANG

| | | |
|---|---|---|
| TELEX : LAWKIM K28588 | SEYANG BUILDING | FAX: GROUPS II & III |
| TELEPHONE: (02) 737 - 4455 | 223 NAEJA-DONG, CHONGRO-KU, SEOUL, KOREA | (02) 737-9091/3 |

## FACSIMILE TRANSMISSION SHEET

Date: June 15, 1992
Time (Seoul):

To       :   Wang Laboratories, Inc.

Attn    :   Mr. Jim Bourdreau

Fax No.:   508-967-4091   (U.S.A.)

cc :

From  :   Kim & Chang

Number of pages (including this sheet):        3 pages

Re:   Supreme Court Decision

Please advise us by Telex to LAWKIM K28588 or by Telephone to (02) 737-4455 or by Fax to (02) 737-9091/3 if any part of this transmission failed or was misdirected.

GW0000000890