# EXHIBIT S

WANG LABORATORIES, INC., ONE INDUSTRIAL AVENUE, LOWELL, MA 01851 • TEL: 508/459-5000, TELEX 172108

MICHAEL H. SHANAHAN
CHIEF PATENT COUNSEL

June 16, 1992

**WANG**

VIA FACSIMILE
011-82-2-727-7026

Gwangho Kim, Esq.
Legal Counsel
Samsung Electronics Co. Ltd.
10th Floor, Samsung Main Bldg
250-2-KA, Taepyung-ro
Chung-Ku, CPO Box 8780
Seoul, Korea


EXHIBIT 13
SCP 9/28/05

Re: SIMM Technology Patent License Agreement Remittances

Dear Mr. Kim:

Our attorneys in Korea have advised us of a decision of the Korean Supreme Court in favor of a licensor who licensed patents which were registered and used outside of Korea. The decision concluded that the Korean licensee erroneously withheld corporation income tax and inhabitant surtax on royalties paid in connection with the license.

The Supreme Court case is <u>Hyundai Motor Co., Ltd. v. Chongo Tax Office</u>, Supreme Court 91 Nu 6887, 12 May 1992.

We feel that our facts are substantially similar and that the royalties paid and to be paid under our SIMM Technology Patent License Agreement for use outside of Korea should not be subject to withholding for corporation income tax and inhabitant surtax.

We ask that you apply the results of this decision and forward to us the corporation income tax and inhabitant surtax that has been withheld from any royalties paid to date and that no withholdings be deducted from future royalty remittances.

If you have any questions, do not hesitate to contact me.

Thank you for your help in this matter.

Yours truly,

Michael H. Shanahan

CC: Charles R. Donohoe, Esq.
MHS/cab

GW0000001601

WANG LABORATORIES, INC., ONE INDUSTRIAL AVENUE, LOWELL, MA 01851 • TEL: 508/459-5000, TELEX 17210°

MICHAEL H. SHANAHAN
CHIEF PATENT COUNSEL

June 16, 1992



**WANG**

VIA FACSIMILE
011-82-2-575-4555

JeongHwan Lee, Esq.
General Manager of Patent Department
Goldstar Electron Co., Ltd.
16 Woomyeon-Dong
Seocho-Gu
Seoul 137-140, Korea

EXHIBIT
14
SLP 9/28/05

Re:  SIMM Technology Patent License Agreement Remittances

Dear Mr. Lee:

Our attorneys in Korea have advised us of a decision of the Korean Supreme Court in favor of a licensor who licensed patents which were registered and used outside of Korea. The decision concluded that the Korean licensee erroneously withheld corporation income tax and inhabitant surtax on royalties paid in connection with the license.

The Supreme Court case is <u>Hyundai Motor Co., Ltd. v. Chongo Tax Office</u>, Supreme Court 91 Nu 6887, 12 May 1992.

We feel that our facts are substantially similar and that the royalties paid and to be paid under our SIMM Technology Patent License Agreement for use outside of Korea should not be subject to withholding for corporation income tax and inhabitant surtax.

We ask that you apply the results of this decision and forward to us the corporation income tax and inhabitant surtax that has been withheld from any royalties paid to date and that no withholdings be deducted from future royalty remittances.

If you have any questions, do not hesitate to contact me.

Thank you for your help in this matter.

Yours truly,

Michael H. Shanahan

CC:    Dr. Dongwoo Chun
       Roger S. Borovoy, Esq.
MHS/cab

GW0000001212