# EXHIBIT X

## GoldStar
GOLDSTAR ELECTRON CO., LTD.
16, Woomyeon-Dong, Seocho-Gu, Seoul 137-140, Korea
PHONE:(02)576 5811 FAX:(02)576 4666 TLX:GSCRL K22790

July 27, 1992

Mr. Michael Shanahan
Chief Patent Counsel
WANG LABORATORIES, INC.
One Industrial Avenue,
Lowell, #1851 USA.

RECEIVED
JUL 27 1992
WANG PATENT GROUP

Subject : Remittances

Dear Mr. Shanahan :

I am very sorry for late response to your letter of June 16 asking about the withholding tax from royalty remittance in the light of recent Korean Supreme Court case.

I have asked to Korean Tax office whether that case can be applied to our agreement.

One of the main difference, they replied, is that Hyundai case is concerning the remittance from a mother company to it's subsidiary not to a third. The decision, they added, is only applicable to such a specific case, and is not for any other case because such a sole specific decision can't rule over the administrative agency.

The royalty remittance, in their conclusion, is still subject to witholding for income tax and surtax, and whithout the confirmation of Tax office, any royalty remittance would be impossible.

I hope this makes you understand well.

If you have any further question, please let me know.

Yours Truly,

Jeong Han Lee
General Manager, Patent Dept.

C.C : Roger S. Borovoy, Esq.

GW0000001200