# EXHIBIT BB

Case 1:04-cv-12382-RCL     Document 35-29     Filed 01/20/2006     Page 1 of 4

**EXHIBIT**
35
SLP 9/28/05

December 16, 2002

**Getr)nics**

Hynix Semiconductor, Inc.
(f/k/a Hyundai Electronics Industries Co., Ltd.)
San 136-1 Ami-ri, Bubal-eub, Ichon-si
Kyoungki-do, 467-701
Korea

Getronics
290 Concord Road
Billerica, MA 01821-4130
USA
Telephone: 978-625-5000
Fax: 978-625-4520
www.getronics.com

ATTN: Hyung-ryang Chung, Senior VP, CFO

Dear Mr. Chung:

    This is to advise you that the U.S. Government and the Korean National Tax Authority (hereinafter "NTA") have reached a mutual agreement wherein the Korean NTA will refund taxes previously withheld by Hyundai Electronics (n/k/a Hynix) on royalties paid to GetronicsWang Co., LLC (f/k/a Wang Laboratories, Inc.) pursuant to our SIMMs License Agreement (see attached). The Korean NTA has further agreed that future royalty payments made under our SIMMs License Agreement are exempt from tax in Korea pursuant to the U.S./Korea Income Tax Treaty and are, therefore, not subject to Korean withholding tax.

    We have been informed by U.S. Government officials who have been discussing this issue with Korean NTA officials, that a refund in the amount of US$129,643 of the Korean tax withheld by Hyundai Electronics will be forwarded to your company in the near future. We respectfully request that these tax refunds (along with any interest payments made thereon, if any) be forwarded to Getronics Wang Co., LLC, as soon as they are received.

    We also request that no Korean tax be withheld on future royalty payments made under the SIMMs License Agreement.

    Please do not hesitate to contact me at (978) 625-6212 if you have any questions or concerns.

    Thank you for your assistance in this matter.

Very truly yours,

GETRONICS WANG CO., LLC

Anthony P. Paolillo,
Director of Taxes

FedEx 8084 1642 6130

**Getr⌀nics**

December 16, 2002

LG Electronics, Inc.
(f/k/a LG Semicon Co., LTD
LG Twin Towers
20, Yoido-dong
Youngdungpo-gu
Seoul, Korea 150-721

EXHIBIT
36
JLP 9/28/05

Getronics
290 Concord Road
Billerica, MA 01821-4130
USA
Telephone: 978-625-5000
Fax: 978-625-4520
www.getronics.com

ATTN: Mr. John Koo, Vice Chairman & CEO

Dear Mr. Koo:

This is to advise you that the U.S. Government and the Korean National Tax Authority (hereinafter "NTA") have reached a mutual agreement wherein the Korean NTA will refund taxes previously withheld by LG Semicon Co., LTD (f/k/a Goldstar Electon Co., LTD) on royalties paid to Getronics Wang Co., LLC (f/k/a Wang Laboratories, Inc.) pursuant to our SIMMs License Agreement (see attached). The Korean NTA has further agreed that future royalty payments made under our SIMMs License Agreement are exempt from tax in Korea pursuant to the U.S./Korea Income Tax Treaty and are, therefore, not subject to Korean withholding tax.

We have been informed by U.S. Government officials who have been discussing this issue with Korean NTA officials, that a refund in the amount of <u>US$723,457</u> of the Korean tax withheld by LG Semicon Co., LTD will be forwarded to your company in the near future. We respectfully request that these tax refunds (along with any interest payments made thereon, if any) be forwarded to Getronics Wang Co., LLC, as soon as they are received.

We also request that no Korean tax be withheld on future royalty payments made under the SIMMs License Agreement.

Please do not hesitate to contact me at (978) 625-6212 if you have any questions or concerns.

Thank you for your assistance in this matter.

Very truly yours,

GETRONICS WANG CO., LLC

Anthony P. Paolillo
Director of Taxes

GW0000000503

FedEx 808416426129



December 16, 2002

Samsung Electronics Co., Ltd.
Samsung Main Building, 250, 2-ka
Taepyong-Ro, Chung-Ku
Seoul 100-742
Korea

EXHIBIT 37
SP 9/28/05

Getronics
290 Concord Road
Billerica, MA 01821-4130
USA
Telephone: 978-625-5000
Fax: 978-625-4520
www.getronics.com

ATTN: Doh-Seok Choi, President and Chief Financial Officer

Dear Mr. Choi:

    This is to advise you that the U.S. Government and the Korean National Tax Authority (hereinafter "NTA") have reached a mutual agreement wherein the Korean NTA will refund taxes previously withheld by Samsung Electronics on royalties paid to GetronicsWang Co., LLC (f/k/a Wang Laboratories, Inc.) pursuant to our SIMMs License Agreement (see attached). The Korean NTA has further agreed that future royalty payments made under our SIMMs License Agreement are exempt from tax in Korea pursuant to the U.S./Korea Income Tax Treaty and are, therefore, not subject to Korean withholding tax.

    We have been informed by U.S. Government officials who have been discussing this issue with Korean NTA officials, that a refund in the amount of **US$1,000,792** of the Korean tax withheld by Samsung Electronics will be forwarded to your company in the near future. We respectfully request that these tax refunds (along with any interest payments made thereon, if any) be forwarded to Getronics Wang Co., LLC, as soon as they are received.

    We also request that no Korean tax be withheld on future royalty payments made under the SIMMs License Agreement.

    Please do not hesitate to contact me at (978) 625-6212 if you have any questions or concerns.

    Thank you for your assistance in this matter.

Very truly yours,

GETRONICS WANG CO., LLC

Anthony P. Paolillo,
Director of Taxes

GW0000000862