# EXHIBIT C

PAOLILLO-9/28/05

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 04-12382 (RCL)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GETRONICS WANG CO., LLC,                          \*
    Plaintiff,                                \*
                                                  \*
                                                  \*
v.                                                \*
                                                  \*
HYNIX SEMICONDUCTOR, INC., and                    \*
SAMSUNG ELECTRONICS CO., LTD.,                    \*
    Defendants.                               \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

       DEPOSITION OF ANTHONY P. PAOLILLO, taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, before Susan L. Prokopik, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts, on Wednesday, September 28, 2005, at 9:19 a.m.

KACZYNSKI REPORTING
72 CHANDLER STREET, SUITE 3
BOSTON, MASSACHUSETTS 02116
(617) 426-6060

Page 138

1   Upon reviewing our returns, Mr.
2   Martineau came back and said since we had
3   significant net operating losses that we were
4   constantly carrying forward that all we would
5   need to do in that case is to adjust that net
6   operating losses for the years in question,
7   either to adjust it in total or adjust it just a
8   specific period so he left it up to us. As long
9   as we adjusted it and reflected it on our net
10   operating loss schedules.
11       That was the extent of the meeting.
12   The meeting was more a review than a meeting.
13   Q. I see. So his role, Mr. Martineau's role was not
14   with respect to the Competent Authority
15   proceeding?
16   A. Not at all.
17   Q. But rather with respect to the tax returns of
18   Wang --
19   A. Exactly.
20   Q. -- and the adjustment of those tax returns, if
21   necessary, right?
22   A. Exactly.
23   Q. And as far as you knew, Mr. Martineau didn't have
24   any responsibility for the Competent Authority

Page 139

1   proceeding?
2   A. Not at all. Like I said, his role was just a
3   field agent to come out to verify how we handled
4   this on the return.
5   Q. Okay. And so you don't rely on anything that Mr.
6   Martineau may have said in this letter in support
7   of your claim?
8   A. I'm not sure I would say that other than -- I'm
9   not sure I would not -- I'm not sure I would say
10   that I wouldn't rely on anything he said here.
11   Q. Well, what would --
12   A. I'm not -- to just give a blanket statement, he
13   is an IRS agent. He is trying to state --
14   granted that he is not a Competent Authority
15   agent other than he's required just to verify the
16   return piece.
17   Q. Okay. But you've acknowledged to me that he was
18   not -- Mr. Martineau was not involved in the
19   Competent Authority proceeding, correct?
20   A. He was not.
21   Q. He didn't have responsibility for the Competent
22   Authority proceeding?
23   A. Correct.
24   Q. And his only role was to verify the tax treatment

Page 140

1   in Wang's tax returns of the deductions that had
2   been made?
3   A. Correct.
4   Q. Okay.
5   A. That's it.
6   Q. So you would agree with me that his own
7   statements about what happened in the Competent
8   Authority proceeding are not the -- can't be
9   relied upon?
10   A. I would say that they do not reflect what went on
11   as part of the Competent Authority.
12   Q. That's fine.
13       (12/16/02 letter marked Exhibit No.
14   35.)
15       (12/16/02 letter marked Exhibit No.
16   36.)
17       (12/16/02 letter marked Exhibit No.
18   37.)
19   Q. I'm going to show you Exhibits 34 through -- 35
20   through 37, each of which is a letter of December
21   16, 2002 from you. 35 to Hynix Semiconductor, 36
22   to LG Electronics and 37 to Samsung Electronics,
23   correct?
24   A. Correct.

Page 141

1   Q. And with the exception of some -- of a number in
2   each of them, they're the exact same letter,
3   correct?
4   A. Correct.
5   Q. Okay. And just so the record is clear, Hynix
6   Semiconductor was formerly known as Hyundai
7   Electronics Industries Company Limited. That's
8   your understanding, correct?
9   A. Yes, yes.
10   Q. And the original license agreement had been
11   between Wang and Hyundai, which was now known as
12   Hynix?
13   A. (Witness nods.)
14   Q. Right?
15   A. Correct.
16   Q. Okay. And this is your letter advising the --
17   each of the companies about the resolution of the
18   negotiation between the United States Government
19   and Korean National Tax Authority on the
20   Competent Authority request, right?
21   A. Correct.
22   Q. Okay. And you referred to this as a mutual
23   agreement, which it is, correct? Which it was?
24   A. I took the wording out of the --