UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GETRONICSWANG CO., LLC**
    Plaintiff(s)

v.                         CIVIL ACTION NO. **04-12382-RCL**

**HYNIX SEMICONDUCTOR, INC., ET AL**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**LINDSAY, D.J.**

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants, Hynix Semiconductor, Inc. and Samsung Electronics Co., Ltd.

                                     Sarah A. Thornton, Clerk

Dated: May 31, 2006               /s/ Lisa M. Hourihan
                                 ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____ %.

(judgciv.frm - 10/96)                                    [jgm.]