**EXHIBIT B**

SHEEHAN
PHINNEY
BASS +
GREEN

PROFESSIONAL
ASSOCIATION



ATTORNEYS AT LAW

MANCHESTER
1000 ELM STREET
MANCHESTER, NH
03101
T 603 668-0300
F 603 627-8121

CONCORD
TWO EAGLE SQUARE
CONCORD, NH
03301
T 603 223-2020
F 603 224-8899

LEBANON
46 CENTERRA PARKWAY
LEBANON, NH
03766
T 603 643-9070
F 603 643-3679

BOSTON
ONE BOSTON PLACE
BOSTON, MA
02108
T 617 897-5600
F 617 439-9363

WWW.SHEEHAN.COM

Writer's Direct Dial:
(603) 627-8133
mharvell@sheehan.com

June 12, 2006

**Via Facsimile: (617) 406-6135**
**and First Class Mail**

Robert P. Sherman, Esquire
DLA Piper Rudnick Gray Cary
One International Place, 21st Floor
Boston, MA 02110-2613

Re:   GetronicsWang Co., LLC ("Getronics") v. Samsung Electronics Co., Ltd. ("Samsung"), et al and Hynix Semiconductor ("Hynix")

Dear Rob:

With respect to your letter of June 6, 2006 about the attorney's fees, GetronicsWang is still evaluating its options and you should therefore take whatever action is necessary.

Very truly yours,

Michael C. Harvell

MCH/cas
Enclosure