UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GETRONICSWANG CO., LLC,<br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., and<br>SAMSUNG ELECTRONICS CO., LTD.,<br>Defendants. | Civil Action No. 04-12382 (RCL) |

**STIPULATION OF THE PARTIES REGARDING
(1) DEFENDANTS' WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND
(2) PLAINTIFF'S WAIVER OF APPELLATE RIGHTS**

Plaintiff GetronicsWang Co., LLC ("Getronics") and defendants Hynix Semiconductor, Inc. ("Hynix") and Samsung Electronics Co., Ltd. ("Samsung") hereby stipulate as follows:

1)     Hynix and Samsung hereby withdraw their pending Motion for Award of Attorneys' Fees and Costs [docket no. 48].

2)     Getronics hereby waives any and all rights to appeal the judgment entered in favor of Hynix and Samsung in this action [docket no. 46].

The parties intend by this stipulation to terminate all aspects of this action.

Respectfully submitted,

| | |
|---|---|
| GETRONICSWANG CO., LLC | HYNIX SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS CO., LTD., |
| By its attorneys, | By their attorneys, |
| /s/ Michael C. Harvell | /s/ Bruce S. Barnett |
| Michael C. Harvell (Pro Hac Vice) | Robert P. Sherman (BBO #458540) |
| Maria Recalde (BBO #552831) | Bruce S. Barnett (BBO #647666) |
| Sheehan Phinney Bass + Green, PA | DLA Piper Rudnick Gray Cary US LLP |
| One Boston Place | 33 Arch Street |
| 38th Floor | 26th Floor |
| Boston, MA 02108 | Boston, MA 02110 |
| 617-897-5600 | 617-406-6000 |